IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
|    Defendants. ) | |

## **PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE**

COMES NOW Plaintiff in the above-styled case, and files the Proof of Service served upon SAS Hotels, LLC attached hereto and incorporated herein. The Clerk's docket should reflect that the above-referenced Defendant was served with the following:

- Complaint;

- Summons;

- Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement; and

- Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously and Brief in Support Thereof

1

by Process Server Donnie C. Briley on April 3, 2025.

This 11th day of April, 2025.

                                                          Respectfully submitted,

                                                          **LAW & MORAN**

                                                          <u>/s/ Denise D. Hoying</u>
                                                          Peter A. Law
                                                          Georgia Bar No. 439655
                                                          pete@lawmoran.com
                                                          E. Michael Moran
                                                          Georgia Bar No. 521602
                                                          mike@lawmoran.com
                                                          Denise D. Hoying
                                                          Georgia Bar No. 236494
                                                          denise@lawmoran.com
                                                          Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing *Plaintiff's Notice of Filing Proof of Service* has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Plaintiff's Notice of Filing Proof of Service* by US Mail to the following registered agents of record:

Richard F. Evins
420 Ridgecrest Road
Lagrange, Georgia 30240

Kanti B. Patel
506 Cypress Point
McDonough, Georgia 30253

Mohammed Awal
39 Stonebridge Pass
Newnan, Georgia 30265

This 11th day of April, 2025.

**LAW & MORAN**

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494

4

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
(404) 814-3700