AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1634

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HIMA Enterprises, Inc.
was received by me on *(date)* 03/28/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kanti B. Patel , who is
designated by law to accept service of process on behalf of *(name of organization)* HIMA Enterprises, Inc.
on *(date)* 04/02/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/10/2025

*Server's signature*

Donnie C. Briley - Process Server
*Printed name and title*

470 Dacula Road
Suite 1651
Dacula, GA 30019
*Server's address*

Additional information regarding attempted service, etc: