IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

This 18th day of April, 2025.

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
*Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
(404) 814-3700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>TRAVEL LODGE OLD NATIONAL, )<br>LLC, HIMA ENTERPRISES, )<br>INC., and SAS HOTELS, LLC, )<br>)<br>   Defendants. ) | CIVIL ACTION FILE<br>NO. 1:25-cv-01634-AT |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Certificate of Compliance* by US Mail to the following registered agents of record:

Richard F. Evins
420 Ridgecrest Road
Lagrange, Georgia 30240

Kanti B. Patel
506 Cypress Point
McDonough, Georgia 30253

Mohammed Awal
39 Stonebridge Pass
Newnan, Georgia 30265

This 18th day of April, 2025.

**LAW & MORAN**

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494

563 Spring Street, NW
Atlanta, Georgia 30308
(404) 814-3700