<u>**IN THE UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE NORTHERN DISTRICT OF GEORGIA**</u>
<u>**ATLANTA DIVISION**</u>

| | |
|---|---|
| **D.B.,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | No. 1:25-cv-01634 |
| ) | |
| **TRAVEL LODGE OLD NATIONAL,** ) | |
| **LLC, HIMA ENTERPRISES,** ) | |
| **INC., and SAS HOTELS, LLC,** ) | |
| ) | |
|    **Defendants.** ) | |

<u>**CERTIFICATE OF COMPLIANCE**</u>

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

.

Respectfully submitted, 22nd day of April 2025.

                                                **JOHNSON EVANS & HEADRICK, P.C.**

                                              */s/ Daniel C. Headrick*
                                          Daniel C. Headrick   (GA Bar No. # 663930)
                                          2690 Cobb Parkway SE
                                          Suite A5-342
                                          Smyrna, GA 30080
                                          (865) 314-8422 (Phone)
                                          (865) 246-7662 (Fax)
                                          dheadrick@je.legal

*Attorneys for Defendant Hima Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via CM/ECF which automatically sends an electronic copy to all counsel of record as follows:

LAW & MORAN
Denise D. Hoying
denise@lawmoran.com
Peter A. Law
pete@lawmoran.com
E. Michael Moran
mike@lawmoran.com
563 Spring St., NW
Atlanta, GA 30308
404-814-3700

ANDERSEN, TATE & CARR, P.C.
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
770-822-0900

Additionally, service by US Mail shall be made on the following registered agents for the Co-Defendants:

Richard F. Evins
420 Ridgecrest Road

Lagrange, Georgia 30240

Mohammed Awal
39 Stonebridge Pass
Newnan, Georgia 30265


<u>*/s/Daniel C. Headrick*</u>