**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| D.B.,<br><br>Plaintiff,<br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:25-CV-01634-AT |

**CONSENT/UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Travel Lodge Old National, LLC ("Defendant") respectfully moves the Court for a 21-day extension of time to file a response to Plaintiff's Complaint, until May 21, 2025. In support of this motion, Defendant states as follows:

1. Defendant was served with Plaintiffs' Complaint on April 9, 2025, and the executed summons was filed on April 11, 2025. [Doc. 7.].
2. Defendant's responsive pleading to Plaintiff's Complaint is currently due on April 30, 2025.

3. As evidenced by the signature of counsel below, Plaintiff consents to the requested extension.
4. Defendant is authorized to state that Plaintiff does not oppose the requested extension.
5. Defendant requires more time to complete an initial investigation and determine the appropriate response to Plaintiff's Complaint.
6. Defendant requests the Court extend the deadline to respond to Plaintiff's Complaint by 21 days, which would make the deadline May 21, 2025. This extension is needed to allow counsel for Defendant sufficient time to investigate the allegations of the Complaint and gather information necessary to file a responsive pleading.
7. This motion is not sought for any improper purpose. Plaintiff will not be prejudiced by the 21-day extension requested by Defendant.

WHEREFORE, Defendant respectfully requests that this Court enter an Order extending the time for Defendant to file a responsive pleading to Plaintiff's Complaint to May 21, 2025.

Respectfully submitted this 29th day of April 2025.

*<u>/s/ Denise Hoying</u>*
Peter A. Law
Georgia Bar No. 439655

*<u>/s/ Peter F. Schoenthaler</u>*
Peter F. Schoenthaler
Georgia Bar No. 629789

E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
LAW & MORAN
563 Spring Street, NW
Atlanta, Georgia 30308
Tel: (404) 814-3700
Fax: (404) 842-7710
pete@lawmoran.com
mike@lawmoran.com
denise@lawmoran.com
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Tel: (770) 822-0900
Fax: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
*Attorneys for Plaintiff*

Christopher Rosser
Georgia Bar No. 761317
Timothy Blenner
Georgia Bar No. 653606
Neill Wright
Georgia Bar No. 513847
SCHOENTHALER LAW GROUP
6400 Powers Ferry Rd NW
Suite 230
Atlanta, Georgia 30339
Tel: (404) 592-5397
Fax: (404) 891-6120
pfs@schoenthalerlaw.com
crosser@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com
*Attorneys for Defendant Travel Lodge Old National, LLC*

**LOCAL RULE 7.1D CERTIFICATE**

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing has been formatted in Times New Roman font, 14-point type, which complies with the font size and point requirements of Local Rule 5.1B.

*/s/ Peter F. Schoenthaler*
Peter F. Schoenthaler

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day electronically filed this document with the Clerk of Court using the CM/ECF system which will send e-mail notification to all counsel of record.

This 29th day of April, 2025.

*/s/ Peter F. Schoenthaler*
Peter F. Schoenthaler
Georgia Bar No. 629789
Christopher Rosser
Georgia Bar No. 761317
Timothy Blenner
Georgia Bar No. 653606
Neill Wright
Georgia Bar No. 513847
SCHOENTHALER LAW GROUP
6400 Powers Ferry Rd NW
Suite 230
Atlanta, Georgia 30339
Tel: (404) 592-5397
Fax: (404) 891-6120
pfs@schoenthalerlaw.com
crosser@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com