**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| D.B., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| v. | ) | |
| | ) | 1:25-CV-01634-AT |
| TRAVEL LODGE OLD | ) | |
| NATIONAL, LLC, HIMA | ) | |
| ENTERPRISES, INC., and SAS | ) | |
| HOTELS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED]**
**ORDER**

Before the Court is the Parties' Consent/Unopposed Motion to Extend Responsive Pleading Deadline. Having considered the motion, and for good cause shown, the Motion to Extend Responsive Pleading Deadline is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants' answer or responsive pleading **SHALL** be filed on or before May 21, 2025.

**SO ORDERED** this _____ day of _____, 2025.

_____
Honorable Amy Totenberg
United States District Judge