THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>TRAVEL LODGE OLD )<br>NATIONAL, LLC, HIMA )<br>ENTERPRISES, INC., and SAS )<br>HOTELS, LLC, )<br>)<br>  Defendants. )<br>) | CIVIL ACTION FILE NO.<br><br>1:25-CV-01634-AT |

**ORDER**

Before the Court is the Parties' Consent/Unopposed Motion to Extend Responsive Pleading Deadline. Having considered the motion, and for good cause shown, the Motion to Extend Responsive Pleading Deadline is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants' answer or responsive pleading **SHALL** be filed on or before May 21, 2025.

**SO ORDERED** this 30th day of April, 2025.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**