IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br><br>Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01634-AT |

### AFFIDAVIT OF MOHAMMED AWAL

Personally appeared before the undersigned officer, duly authorized to administer oaths, Mohammed Awal who, on oath, states as follows:

1.

My name is Mohammed Awal, I am over the age of majority, suffering under no disability, and give this affidavit of my own personal knowledge to be used in connection with the referenced matter.

2.

I am the registered agent for SAS Hotels, LLC.

3.

When SAS was served with this lawsuit on April 3, 2025, I was also served with in the same package with two other lawsuits.

4.

The three lawsuits served to SAS on April 3, 2025 are:

(1) *J.S. v. Travel Lodge Old National LLC, HIMA Enterprises, Inc., and SAS Hotels, LLC*, CAF No. 1:25-CV-01635-SCJ, USDC ND GA, Atlanta Division.

(2) *T.W. v. SAS Hotels, LLC*, CAF No. 1:25-CV-01636-LMM, USDC ND GA, Atlanta Division; and

(3) *D.B. v. Travel Lodge Old National, LLC, HIMA Enterprises, Inc., and SAS Hotels, LLC*, CAF No. 1:25-CV-01634-AT, USDC ND GA, Atlanta Division.

5.

I did not realize there were three separate suits at the time.

6.

Believing that I was only served with one lawsuit – *T.W. v. SAS Hotels, LLC* — I only reported that action to my insurance carrier, The Travelers Indemnity Company of America.

7.

The Travelers sent the Complaint to McAngus Goudelock & Courie, LLC (MGC) and assigned the defense of SAS in the *T.W.* action.

8.

When it was brought to my attention that there were two other cases, I sent them to The Travelers.

9.

The Travelers has now retained MGC to defend SAS in *T.W.*, *J.S.*, and *D.B.*

Further Affiant Saith Not.

This the 28th day of May, 2025.

_____
Mohammed Awal

Sworn to and subscribed to before me

This 28 day of May, 2025.

_____
Notary Public
My Commission expires: 12-8-2025

[Notary Seal: Nicole Clayton-Ford, Notary Public, DeKalb County, Georgia, Commission Expires December 8, 2025]

3