IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., <br><br> Plaintiff, <br><br> v. <br><br> TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC, <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:25-CV-01634-AT |

## DEFENDANT SAS HOTELS, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 3.3, Defendant SAS Hotels, LLC makes the following disclosures:

1. The undersigned counsel of record for the Defendant SAS certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, and that it has no parent corporation and no publicly held corporation owning 10% or more of its stock;

    a. Plaintiff (T.W.);

    b. Defendant Travel Lodge Old National, LLC;

    c. Defendant HIMA Enterprises, Inc.; and

    d. Defendant SAS Hotels, LLC.

2. The undersigned further certifies that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    a. The Travelers Indemnity Company of America.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    <u>For Plaintiff:</u>
    Peter A. Law
    E. Michael Moran
    Denise D. Hoying
    Law & Moran

    Patrick J. McDonough
    Jonathan S. Tongue
    Anderson, Tate & Carr, P.C.

    <u>For Defendant Travel Lodge Old National, LLC:</u>
    Peter F. Schoenthaler
    Christopher Rosser
    Timothy M. Blenner
    Peter F. Schoenthaler, P.C.

    <u>For Defendant HIMA Enterprises, Inc.:</u>
    Daniel C. Headrick
    Johnson Evans & Headrick, P.C.

    <u>For Defendant SAS Hotels, LLC:</u>
    Kathryn S. Whitlock
    Thomas D. Whiddon
    McAngus Goudelock & Courie, LLC

4. Federal jurisdiction in this case is not based on diversity of citizenship.

Respectfully submitted this 28th day of May, 2025.

        MCANGUS GOUDELOCK & COURIE, LLC

        */s/ Kathryn S. Whitlock*
        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS D. WHIDDON
        Georgia Bar No. 330536
        thomas.whiddon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 500-7307
        *Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 28th day of May, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Defendant SAS Hotels, LLC's Certificate of Interested Persons and Corporate Disclosure Statement*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN<br>Peter A. Law<br>pete@lawmoran.com<br>E. Michael Moran<br>mike@lawmoran.com<br>Denise D. Hoying<br>denise@lawmoran.com | ANDERSEN, TATE & CARR, P.C.<br>Patrick J. McDonough<br>pmcdonough@atclawfirm.com<br>Jonathan S. Tonge<br>jtonge@atclawfirm.com |
| PETER F. SCHOENTHALER, P.C.<br>Peter F. Schoenthaler, Esq.<br>pfs@schoenthalerlaw.com<br>Christopher Rosser, Esq.<br>crosser@schoenthalerlaw.com<br>Timothy M. Blenner, Esq.<br>tblenner@schoenthalerlaw.com | JOHNSON EVANS & HEADRICK, P.C.<br>Daniel C. Headrick<br>dheadrick@je.legal |

This the 28th day of May, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*