

**Reply To**
KATHRYN S. WHITLOCK
Direct Dial: (678) 500-7307
kate.whitlock@mgclaw.com

June 12, 2025

**Electronic Filing via CM/ECF and**
**Via Email to:** **Keri_Gardner@gand.uscourts.gov**
Mrs. Keri Gardner
Courtroom Deputy Clerk
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

   RE: D.B. v. Travel Lodge Old National, LLC, HIMA Enterprises, Inc., and
      SAS Hotels, LLC
      U.S.D.C for Northern District of Georgia, Atlanta Division
      Civil Case No.:  1:25-cv-01634-AT

Dear Mrs. Gardner:

  I represent Defendant SAS Hotel, LLC in the above referenced matter. In accordance with Local Rule 83.1(E)(5), I am respectfully requesting that this case not be calendared during the following dates which represent the times I will be away from the practice of law for the reasons indicated:

   **August 13th – 28th, 2025**   **Organization Meetings/CLE Training**

  The leave of absence is 21 days or less. This case is not currently on a published calendar for court appearance, nor is it noticed for a hearing during the requested time periods.

  Your consideration in this regard would be very much appreciated

            Respectfully,

            Kathryn S. Whitlock

KSW/_mgj
cc: All Counsel of Record (via CM/ECF)

---

**McANGUS GOUDELOCK & COURIE LLC**  270 PEACHTREE STREET, NW, SUITE 1800  678.500.7300 PHONE
  POST OFFICE BOX 57365 (30343)  678.669.3546 FAX
  ATLANTA, GA 30303  WWW.MGCLAW.COM