IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., ) <br> ) <br> Plaintiff, ) <br> ) <br>v. ) <br> ) <br>TRAVEL LODGE OLD NATIONAL, ) <br>LLC, HIMA ENTERPRISES, ) <br>INC., and SAS HOTELS, LLC, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE<br>NO. 1:25-cv-01634-AT |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that on July 3, 2025, Plaintiff served the following documents upon opposing counsel of record via electronic mail addressed to the parties on the attached Certificate of Service:

1. *Plaintiff's Identity Disclosure;*

2. *Plaintiff's Initial Disclosures;*

3. *Plaintiff's First Requests for Admissions to Defendants;*

4. *Plaintiff's First Continuing Interrogatories to Defendants; and*

5. *Plaintiff's First Request for Production of Documents and Notice to Produce to Defendants.*

This 3rd day of July, 2025.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
*Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

2

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Certificate of Service of Discovery*** has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

                                         Respectfully submitted,

                                         **LAW & MORAN**

                                         */s/ Denise D. Hoying*
                                         Denise D. Hoying
                                         Georgia Bar No. 236494
                                         *Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Certificate of Service of Discovery* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC
270 Peachtree Street, NW, Suite 1800
Atlanta, GA 30303

Daniel C. Headrick
Johnson Evans & Headrick, P.C.
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080

Peter F. Schoenthaler
Christopher Rosser
Peter F. Schoenthaler, P.C.
6400 Powers Ferry Road NW
Suite 230
Atlanta, GA 30339

4

This 3rd day of July, 2025.

                                                **LAW & MORAN**

                                                */s/ Denise D. Hoying*
                                                Denise D. Hoying
                                                Georgia Bar No. 236494
                                                *Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com