IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., <br><br>    Plaintiff, <br><br> v. <br><br> TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC, <br><br>    Defendants. | CIVIL ACTION FILE NO. <br> 1:25-CV-01634-AT |

## CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW Defendant Travel Lodge Old National, LLC ("Defendant"), by and through undersigned counsel, and pursuant to Rule 5.4 and Rule 26.3(A) of the Civil Local Rules of the United States District Court for the Northern District of Georgia, hereby certify that on July 3, 2025, Defendant served:

1) **INITIAL DISCLOSURES OF DEFENDANT TRAVEL LODGE OLD NATIONAL, LLC**

upon counsel via email, addressed as follows:

>Peter A. Law
>E. Michael Moran
>Denise D. Hoying
>**LAW & MORAN**
>563 Spring Street, NW
>Atlanta, Georgia 30308
>Pete@lawmoran.com
>Mike@lawmoran.com
>Denise@lawmoran.com

1

*Attorneys for Plaintiff*


Patrick J. McDonough
Jonathan S. Tonge
**ANDERSEN, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
*Attorneys for Plaintiff*

**Daniel C. Headrick**
**JOHNSON EVANS &**
**HEADRICK, P.C.**
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
dheadrick@je.legal
*Attorneys for Defendant*
*HIMA Enterprises, Inc.*

Kathryn S. Whitlock
Thomas D. Whiddon
**MCANGUS GOUDELOCK &**
**COURIE, LLC**
270 Peachtree Street, NW
Suite 1800
Atlanta, Georgia 30303
kate.whitlock@mgclaw.com
thomas.whiddon@mgclaw.com
*Attorneys for Defendant*
*SAS Hotels, LLC*

Patrick B. Moore
Sarah J. Unatin
**WEINBERG WHEELER**
**HUDGINS GUNN & DIAL, LLC**
3344 Peachtree Road NE
Suite 2400

2

Atlanta, GA 30326
pmoore@wwhgd.com
sunatin@.wwhgd.com
*Attorneys for Defendant Travel Lodge Old National, LLC*

Respectfully submitted this 3rd day of July, 2025.

                **PETER F. SCHOENTHALER, P.C.**

                */s/ Peter Schoenthaler*
                Peter F. Schoenthaler, Esq.
                Georgia Bar No. 629789
                Timothy Blenner, Esq.
                Georgia Bar No. 653606
                Christopher Rosser, Esq.
                Georgia Bar No. 761317
                Neill K. Wright, Esq.
                Georgia Bar No. 513847
                6400 Powers Ferry Road, NW
                Suite 230
                Atlanta, Georgia 30339
                Tel: (404) 592-5397
                Fax: (404) 891-6120
                pfs@schoenthalerlaw.com
                tblenner@schoenthalerlaw.com
                crosser@schoenthalerlaw.com
                nwright@schoenthalerlaw.com
                *Attorneys for Defendant*
                *Travel Lodge Old National, LLC*

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Pursuant to Rule 7.1(D) of the Local Civil Rules, N.D. Ga., the undersigned certifies that this pleading complies with L.R. 5.1C, N.D. Ga. and is prepared in Times New Roman, 14-point font and such other requirements as are set forth in L.R. 5.1C, N.D. Ga.

Respectfully submitted this 3rd day of July, 2025.

                                                **PETER F. SCHOENTHALER, P.C.**

                                                */s/ Peter Schoenthaler*
                                                Peter F. Schoenthaler, Esq.
                                                Georgia Bar No. 629789
                                                6400 Powers Ferry Road, NW
                                                Suite 230
                                                Atlanta, Georgia 30339
                                                Tel: (404) 592-5397
                                                pfs@schoenthalerlaw.com
                                                *Attorney for Defendant*
                                                *Travel Lodge Old National, LLC*