# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-01634 |
| ) | |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

Defendant HIMA Enterprises, Inc. ("HIMA"), certifies that on July 3, 2025 HIMA served its initial disclosures on all counsel of record via e-mail as shown in the attached certificate of service.

Respectfully submitted, 3rd day of July 2025.

**JOHNSON EVANS & HEADRICK, P.C.**

*/s/ Daniel C. Headrick*
Daniel C. Headrick   (GA Bar No. # 663930)
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
(865) 314-8422 (Phone)
(865) 246-7662 (Fax)
dheadrick@je.legal
*Attorney for Defendant Hima Enterprises, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| D.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01634 |
| | ) | |
| TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the CM/ECF system upon counsel of record as follows:

LAW & MORAN
Denise D. Hoying
E. Michael Moran
Peter A. Law
denise@lawmoran.com
pete@lawmoran.com
mike@lawmoran.com
563 Spring St., NW
Atlanta, GA 30308
404-814-3700
*Attorneys for Plaintiff*

Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC
270 Peachtree Street, NW, Suite 1800
Atlanta, GA 30303
Kate.whitlock@mgclaw.com

Thomas.Whiddon@mgclaw.com
*Attorneys for SAS Hotels, LLC*


PETER F. SCHOENTHALER, P.C.
Peter F. Schoenthaler
Timothy Blenner
Christoper Rooser
Neill K. Wright
pfs@shcoenthalerlaw.com
tblenner@schoenthaler.com
crosser@schoenthalerlaw.com
nwright@schoentalherlaw.com

Patrick B. Moore
Sarah J. Unatin
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
T: (404) 876-2700 / F: (404) 875-9433
pmoore@wwhgd.com
sunatin@wwhgd.com
*Attorneys for Travel Lodge Old National, LLC*


This 3rd day of July, 2025.

*/s/Daniel C. Headrick*