IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br>    Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01634-AT |

### DEFENDANT SAS HOTELS, LLC'S MOTION FOR LEAVE TO FILE MOTION TO STRIKE OUT OF TIME

**COMES NOW Defendant SAS Hotels, LLC** and moves the Court for leave file out of time a Motion to Strike portions of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 6(b)(1)(B) and 12(f)(2) and LR 7.1(A)(2), NDGa.

Under the Federal Rules, a Motion to Strike may have been due May 28, 2025. Under the Local Rules, it is not due until August 4, 2025. There have been not been significant or substantive developments in the case, save for the Parties serving their Initial Disclosures, so Plaintiff and all Defendants would suffer no prejudice if the Court allowed Defendant SAS's Motion to be filed. On the other hand, Defendant SAS would suffer prejudice if it were not allowed to present the Motion and its arguments to the Court.

For these reasons, Defendant SAS Hotels, LLC respectfully requests that the Court grant it leave to file the Motion out of time.

The Motion to Strike and Brief in Support are submitted contemporaneously herewith.

Respectfully submitted this 24th day of July, 2025.

        MCANGUS GOUDELOCK & COURIE, LLC

        */s/ Kathryn S. Whitlock*
        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS D. WHIDDON
        Georgia Bar No. 330536
        thomas.whiddon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 500-7307
        *Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant SAS Hotels, LLC hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 24th day of July, 2025.

                        MCANGUS GOUDELOCK & COURIE, LLC

                        */s/ Kathryn S. Whitlock*
                        KATHRYN S. WHITLOCK
                        Georgia Bar No. 756233
                        kate.whitlock@mgclaw.com
                        THOMAS D. WHIDDON
                        Georgia Bar No. 330536
                        thomas.whiddon@mgclaw.com
                        Post Office Box 57365
                        270 Peachtree Street, NW, Suite 1800 (30303)
                        Atlanta, Georgia 30343
                        (678) 500-7307
                        *Attorney*s *for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Defendant SAS Hotels, LLC's Motion for Leave to File Motion to Strike Out of Time*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | Jennifer M. Webster |
| denise@lawmoran.com | jwebster@atclawfirm.com |
| | |
| PETER F. SCHOENTHALER, P.C. | WEINBERG WHEELER |
| Peter F. Schoenthaler | HUDGINS GUNN & DIAL, LLC |
| pfs@schoenthalerlaw.com | Patrick B. Moore |
| Christopher Rosser | pmoore@wwhgd.com |
| crosser@schoenthalerlaw.com | Sarah J. Unatin |
| Timothy Blenner | sunatin@.wwhgd.com |
| tblenner@schoenthalerlaw.com | |
| Neill K. Wright | |
| nwright@schoenthalerlaw.com | |

JOHNSON EVANS &
HEADRICK, P.C.
Daniel C. Headrick
dheadrick@je.legal

This the 24th day of July, 2025.

*SIGNATURE ON FOLLOWING PAGE.*

4

                MCANGUS GOUDELOCK & COURIE, LLC

                */s/ Kathryn S. Whitlock*
                KATHRYN S. WHITLOCK
                Georgia Bar No. 756233
                kate.whitlock@mgclaw.com
                THOMAS D. WHIDDON
                Georgia Bar No. 330536
                thomas.whiddon@mgclaw.com
                Post Office Box 57365
                270 Peachtree Street, NW, Suite 1800 (30303)
                Atlanta, Georgia 30343
                (678) 500-7307
                *Attorney*s *for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to *Defendant SAS Hotels, LLC's Motion for Leave to File Motion to Strike Out of Time* in Case No. 1:25-CV-01634-AT, United States District Court for the Northern District of Georgia, Atlanta Division.