IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01634-AT |

**MOTION TO STRIKE DEFENDANT SAS HOTELS, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY**

SAS Hotels, LLC withdraws its opposition to *Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously* filed on July 24, 2025 and the Court's Order entered on that motion on April 14, 2025. Therefore, it is requested that the Court strike that filing from the record.

Respectfully submitted this 8th day of August, 2025.

                                      MCANGUS GOUDELOCK & COURIE, LLC

                                      */s/ Kathryn S. Whitlock*
                                      Kathryn S. Whitlock
                                      Georgia Bar No. 756233
                                      kate.whitlock@mgclaw.com
                                      Post Office Box 57365
                                      270 Peachtree Street, NW, Suite 1800 (30303)
                                      Atlanta, Georgia 30343
                                      (678) 500-7307
                                      *Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant SAS Hotels, LLC hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 8th day of August, 2025.

        MCANGUS GOUDELOCK & COURIE, LLC

        */s/ Kathryn S. Whitlock*
        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS D. WHIDDON
        Georgia Bar No. 330536
        thomas.whiddon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 500-7307
        *Attorney*s *for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Motion to Strike Defendant SAS Hotels, LLC's Brief in Opposition to Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | Jennifer M. Webster |
| denise@lawmoran.com | jwebster@atclawfirm.com |
| | |
| PETER F. SCHOENTHALER, P.C. | WEINBERG WHEELER |
| Peter F. Schoenthaler | HUDGINS GUNN & DIAL, LLC |
| pfs@schoenthalerlaw.com | Patrick B. Moore |
| Christopher Rosser | pmoore@wwhgd.com |
| crosser@schoenthalerlaw.com | Sarah J. Unatin |
| Timothy Blenner | sunatin@.wwhgd.com |
| tblenner@schoenthalerlaw.com | |
| Neill K. Wright | |
| nwright@schoenthalerlaw.com | |

JOHNSON EVANS &
HEADRICK, P.C.
Daniel C. Headrick
dheadrick@je.legal

This the 8th day of August, 2025.

*SIGNATURE ON FOLLOWING PAGE.*

3

                         MCANGUS GOUDELOCK & COURIE, LLC

                         */s/ Kathryn S. Whitlock*
                         KATHRYN S. WHITLOCK
                         Georgia Bar No. 756233
                         kate.whitlock@mgclaw.com
                         THOMAS D. WHIDDON
                         Georgia Bar No. 330536
                         thomas.whiddon@mgclaw.com
                         Post Office Box 57365
                         270 Peachtree Street, NW, Suite 1800 (30303)
                         Atlanta, Georgia 30343
                         (678) 500-7307
                         *Attorney*s *for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to ***Motion to Strike Defendant SAS Hotels, LLC's Brief in Opposition to Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously*** in Case No. 1:25-CV-01634-AT, United States District Court for the Northern District of Georgia, Atlanta Division.