IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC, <br><br>　　　　Defendants. | CIVIL ACTION FILE NO. <br> 1:25-CV-01634-AT |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SAS HOTELS, LLC TO RESPOND TO PLAINTIFF'S FIRST DISCOVERY REQUESTS TO DEFENDANTS**

COME NOW Plaintiff and Defendant SAS Hotels, LLC and, pursuant to Fed. R. Civ. P. 29(b), stipulate that the time within which Defendant SAS has to object, answer, or otherwise respond to (1) Plaintiff's First Interrogatories to Defendants; (2) Plaintiff's First Request for Production of Documents and Notice to Produce Documents to Defendants; and (3) Plaintiff's First Requests for Admissions to Defendants is extended up through and including August 22, 2025.

Respectfully submitted this 8th day of August, 2025.

*SIGNATURES ON FOLLOWING PAGE.*

| | |
|---|---|
| LAW & MORAN | MCANGUS GOUDELOCK & COURIE, LLC |
| */s/ Denise D. Hoying\** | */s/ Kathryn S. Whitlock* |
| Peter A. Law | Kathryn S. Whitlock |
| Georgia Bar No. 439655 | Georgia Bar No. 756233 |
| E. Michael Moran | kate.whitlock@mgclaw.com |
| Georgia Bar No. 521602 | Thomas D. Whiddon |
| Denise D. Hoying | Georgia Bar No. 330536 |
| Georgia Bar No. 236494 | thomas.whiddon@mgclaw.com |
| 563 Spring Street, NW | Post Office Box 57365 |
| Atlanta, Georgia 30308 | 270 Peachtree Street, NW, Suite 1800 (30303) |
| Phone: (404) 814-3700 | Atlanta, Georgia 30343 |
| Fax: (404) 842-7710 | (678) 500-7307 |
| Pete@lawmoran.com | *Attorneys for Defendant SAS Hotels, LLC* |
| Mike@lawmoran.com | |
| Denise@lawmoran.com | |
| *\*Signed by KSW with Express Permission* | |

In accord with Fed. R. Civ. P. 11, Plaintiff and Defendant SAS Hotels, LLC state that this signature block is attached to *Joint Stipulation for Extension of Defendant SAS Hotels, LLC's Responses to Plaintiff's First Discovery Requests to Defendants* in Case No. 1:25-CV-01634-AT, United States District Court for the Northern District of Georgia, Atlanta Division.

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant SAS Hotels, LLC hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 8th day of August, 2025.

                MCANGUS GOUDELOCK & COURIE, LLC

                */s/ Kathryn S. Whitlock*
                KATHRYN S. WHITLOCK
                Georgia Bar No. 756233
                kate.whitlock@mgclaw.com
                THOMAS D. WHIDDON
                Georgia Bar No. 330536
                thomas.whiddon@mgclaw.com
                Post Office Box 57365
                270 Peachtree Street, NW, Suite 1800 (30303)
                Atlanta, Georgia 30343
                (678) 500-7307
                *Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Stipulation for Extension of Time for Defendant SAS Hotels, LLC to Respond to Plaintiff's First Discovery Requests to Defendants* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | Jennifer M. Webster |
| denise@lawmoran.com | jwebster@atclawfirm.com |
| | |
| PETER F. SCHOENTHALER, P.C. | WEINBERG WHEELER |
| Peter F. Schoenthaler | HUDGINS GUNN & DIAL, LLC |
| pfs@schoenthalerlaw.com | Patrick B. Moore |
| Christopher Rosser | pmoore@wwhgd.com |
| crosser@schoenthalerlaw.com | Sarah J. Unatin |
| Timothy Blenner | sunatin@.wwhgd.com |
| tblenner@schoenthalerlaw.com | |
| Neill K. Wright | JOHNSON EVANS & |
| nwright@schoenthalerlaw.com | HEADRICK, P.C. |
| | Daniel C. Headrick |
| | dheadrick@je.legal |

This the 8th day of August, 2025.

                          MCANGUS GOUDELOCK & COURIE, LLC

                          */s/ Kathryn S. Whitlock*
                          KATHRYN S. WHITLOCK
                          Georgia Bar No. 756233
                          kate.whitlock@mgclaw.com
                          Post Office Box 57365
                          270 Peachtree Street, NW, Suite 1800 (30303)
                          Atlanta, Georgia 30343
                          (678) 500-7307
                          *Attorney*s *for Defendant SAS Hotels, LLC*