IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br><br>Plaintiffs,<br><br>v.<br>TRAVEL LODGE OLD NATIONAL, LLC; HIMA ENTERPRISES, INC.; and SAS HOTELS, LLC,<br><br>Defendants. | Civil Action No. 1:25-CV-01634-ELR |

**CERTIFICATE OF SERVICE OF DISCOVERY**

I HEREBY CERTIFY that a true and correct copy of "Defendant Travel Lodge Old National, LLC's First Interrogatories to Plaintiff D.B.," and "Defendant Travel Lodge Old National, LLC's First Request for Production of Documents to Plaintiff D.B. and Exhibit A," have been served via statutory electronic service (email) to all counsel of record, addressed as follows:

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

Peter F. Schoenthaler
Timothy Blenner
Christopher Rosser
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
crosser@schoenthalerlaw.com
*Co-Counsel for Defendant Travel Lodge Old National, LLC*

| | |
|---|---|
| Peter A. Law<br>E. Michael Moran<br>Denise D. Hoying<br>LAW & MORAN<br>563 Spring St., S.W.<br>Atlanta, GA 30308<br>pete@lawmoran.com<br>mike@lawmoran.com<br>denise@lawmoran.com<br>*Counsel for Plaintiff* | Daniel C. Headrick<br>JOHNSON EVANS & HEADRICK, P.C.<br>2690 Cobb Parkway SE, Ste. A5-342<br>Smyrna, GA 30080<br>dheadrick@je.legal<br>*Counsel for HIMA Enterprises*<br><br>Kathryn S. Whitlock<br>Thomas Whiddon<br>MCANGUS, GOUDELOCK, COURIE, LLC<br>270 Peachtree St. NW, Ste 1800<br>Atlanta, GA 30303<br>kate.whitlock@mgclaw.com<br>thomas.whiddon@mgclaw.com<br>*Counsel for SAS Hotels* |

This November 18, 2025.

          */s/ Sarah J. Unatin*
           Sarah J. Unatin

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1 AND 7.1D

Pursuant to Local Rules 5.1 and 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, prepared with a top margin of not less than one and one-half inches and a left margin of not less than one inch, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: November 18, 2025

*/s/ Sarah J. Unatin*
Sarah J. Unatin