IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| D.B., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:25-cv-1634-AT |
| TRAVEL LODGE OLD NATIONAL, | : | |
| LLC, HIMA ENTERPRISES, INC., and | : | |
| SAS HOTELS, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Given the upcoming close of discovery in this matter on January 5, 2026, the Court sets this briefing schedule for dispositive motions.[1] Motions for Summary Judgment shall be due on February 4, 2026; responses shall be due on February 25, 2026; replies shall be due on March 11, 2026. The parties are advised to review the operative Guidelines to Parties and Counsel in Cases Proceeding Before Judge Totenberg, specifically: Section III.h; Section III.i; and Section III.j.

**IT IS SO ORDERED** this 17th day of December, 2025.

_____
**Honorable Amy Totenberg
United States District Judge**

---

[1] In December 2025, Defendant Travel Lodge notified the Court that it had filed for bankruptcy, automatically staying this litigation as to that entity. (Doc. 45). As the Court indicated, the litigation shall proceed against Defendants HIMA Enterprises, Inc., and SAS Hotels.