IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01634-AT |

## **JOINT DEFENDANTS' CONSENT MOTION TO STAY CASE**

Defendants HIMA Enterprises, Inc. and SAS Hotels, LLC jointly move the Court for an Order staying the case.

**Motion to Stay Case**

1. This is a case in which D.B. claims to have been sex trafficked at two legally unrelated but geographically close hotels, Travel Lodge and Econo Lodge in College Park, Georgia.

2. On December 4, 2025, Defendant Travel Lodge Old National, LLC filed a Suggestion of Bankruptcy informing this Court and all counsel that Travel Lodge had filed for protection in the bankruptcy court under Chapter 7 of the Bankruptcy Code. (Dkt. #45).

-1-

3. This Court immediately entered a docket entry Order, staying the case as to Travel Lodge only. The Court noted that the litigation would continue against HIMA and SAS.

4. As noted in the Joint Preliminary Report, although not "related" in the legal sense, this case is related to *J.S. v. Travel Lodge Old National, LLC et al.* currently pending in this Court under docket number 1:25-cv-01635-ELR. Plaintiffs in both cases have sued the same Defendants alleging similar causes of action.[1] The parties agreed to coordinate and consolidate discovery in the cases, to the extent possible.

5. The bankruptcy of and stay as to Travel Lodge has complicated the matter. Plaintiffs in both cases are different people, but have factual knowledge and testimony concerning the subject matter, claims, and defenses in both cases. The parties-defendant parties in both cases are identical.

6. While in bankruptcy, Travel Lodge will have no right or ability to attend depositions or ask questions of witnesses, and certainly no witnesses associated with Travel Lodge will be permitted to give testimony. However, the remaining parties need testimony from Travel Lodge and its disclosed witnesses to prosecute or defend the case.

---

[1] *T.W, Plaintiff,* v. *SAS Hotels, LLC, Defendant,* CAF# l:25-cv-01636-LMM is also similar, but Travel Lodge is not a Defendant in that case.

7. In addition, once Travel Lodge emerges from bankruptcy, or, as is more likely, the stay is lifted to the extent of init would be permitted to obtain discovery from all parties to this case, as well as third parties from whom D.B., HIMA, and SAS may or may not have elicited information.

8. Furthermore, at trial, HIMA and SAS may need to suggest to the jury that part or all of the fault in this case lies with Travel Lodge.

9. Consequently, staying the case only as to Travel Lodge subjects both the Court and all parties to two full rounds of litigation and discovery, possibly two trials, and inconsistent verdicts.

10. "A district court ''has broad discretion to stay proceedings as an incident to its power to control its own docket.''" *Kavianpour v. Bd. of Regents of the Univ. Sys. of Ga.*, No. 1:22-cv-03382-MLB-RGV, 2023 U.S. Dist. LEXIS 170531, at *3, 2023 WL 6194290 (N.D. Ga. Apr. 4, 2023) (citations omitted).

11. In order to preserve judicial, party, and witness resources, and for just cause, a stay in this case is warranted given the unusual and unique facts here. As the Court in *J.S.* recognized, the parties would suffer prejudice and the Court's resources would be unnecessarily consumed if the case is stayed as to one Defendant, but not the others. This is particularly true given the interconnection of this case and its parties with the *J.S.* case (*See, J.S.*, 12/17/25 MINUTE ORDER (by docket entry only). "[T]he Court is inclined

to stay the entire case and administratively close it at this time to remove the case from the Court's active docket.").

12. HIMA, and SAS request that this Court follow the *J.S.* Court and stay the entire case, marking it administratively closed, if the Court so chooses. The Court and the parties could then await the emersion of Travel Lodge from bankruptcy before deciding next steps.

Respectfully submitted, this 22nd day of December, 2025.

| **JOHNSON EVANS & HEADRICK, P.C.** | **MCANGUS GOUDELOCK & COURIE, LLC** |
|---|---|
| */s/ Daniel C. Headrick* | */s/ Kathryn S. Whitlock* |
| Daniel C. Headrick | Kathryn S. Whitlock |
| Georgia Bar No. 663930 | Georgia Bar No. 756233 |
| 2690 Cobb Parkway SE | Thomas D. Whiddon |
| Suite A5-342 | Georgia Bar No. 330536 |
| Smyrna, GA 30080 | 270 Peachtree Street, NW |
| Phone: (865)444-6352 | Suite 1800 |
| dheadrick@je.legal | Atlanta, Georgia 30303 |
| *Attorney for Defendant HIMA Enterprises, Inc.* | Phone: (678) 500-7307 |
| | Fax: (678) 669-3546 |
| | kate.whitlock@mgclaw.com |
| | thomas.whiddon@mgclaw.com |
| | *Attorneys for Defendant SAS Hotels, LLC* |

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Joint Motion to Stay Case*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

This 22nd day of December, 2025.

                                               MCANGUS GOUDELOCK & COURIE, LLC

                                               */s/ Kathryn S. Whitlock*
                                               KATHRYN S. WHITLOCK
                                               Georgia Bar No. 756233
                                               kate.whitlock@mgclaw.com
                                               THOMAS D. WHIDDON
                                               Georgia Bar No. 330536
                                               thomas.whiddon@mgclaw.com
                                               Post Office Box 57365
                                               270 Peachtree Street, NW, Suite 1800 (30303)
                                               Atlanta, Georgia 30343
                                               (678) 500-7307
                                               *Attorneys for Defendant SAS Hotels, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Defendants' Joint Motion to Stay Case* with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This 22nd day of December, 2025.

                                              MCANGUS GOUDELOCK & COURIE, LLC

                                              */s/ Kathryn S. Whitlock*
                                              KATHRYN S. WHITLOCK
                                              Georgia Bar No. 756233
                                              kate.whitlock@mgclaw.com
                                              THOMAS D. WHIDDON
                                              Georgia Bar No. 330536
                                              thomas.whiddon@mgclaw.com
                                              Post Office Box 57365
                                              270 Peachtree Street, NW, Suite 1800 (30303)
                                              Atlanta, Georgia 30343
                                              (678) 500-7307
                                              *Attorneys for Defendant SAS Hotels, LLC*