IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br>    Plaintiff,<br><br>  v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01634-AT |

## **CONSENT MOTION TO EXTEND DEADLINES**

Plaintiff D.B. and Defendants HIMA Enterprises, Inc. and SAS Hotels, LLC jointly move the Court for an Order extending the current discovery and other deadlines.

1. The discovery period ends on January 5, 2026 in this matter.

2. The parties are still engaged in written discovery with numerous documents having been produced and a number of supplemental disclosures of fact witnesses have been made.

3. The parties have been actively discussing deposition dates for parties and given the frenetic holiday calendar of December and early January, finding those dates just as to parties has been challenging.

-2-

4. Additionally, obtaining dates for additional fact witness depositions necessitates further time. There are, in addition to the parties, multiple fact witnesses (including numerous law enforcement officers) disclosed by Plaintiff and by Defendants.

5. The parties have not made decisions about expert witnesses, but those, too, would require more time.

6. D.B., HIMA, and SAS respectfully move the Court for an extension of the discovery period up to and including April 30, 2026 with a correlative extension after that deadline for dispositive motion briefing.

Respectfully submitted, this 22nd day of December, 2025.

| | |
|---|---|
| **LAW & MORAN** | **ANDERSEN, TATE & CARR, P.C.** |
| */s/ Denise D. Hoying* | */s/ Patrick J. McDonough* |
| Peter A. Law | Patrick J. McDonough |
| Georgia Bar No. 439655 | Georgia Bar No. 489855 |
| E. Michael Moran | Jonathan S. Tonge |
| Georgia Bar No. 521602 | Georgia Bar No. 303999 |
| Denise D. Hoying | One Sugarloaf Centre |
| Georgia Bar No. 236494 | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | Phone: (770) 822-0900 |
| Phone: (404) 814-3700 | Fax: (770) 822-9680 |
| Fax: (404) 842-7710 | pmcdonough@atclawfirm.com |
| Pete@lawmoran.com | jtonge@atclawfirm.com |
| Mike@lawmoran.com | *Attorneys for Plaintiff* |
| Denise@lawmoran.com | |
| *Attorneys for Plaintiff* | |

-3-

| | |
|---|---|
| **JOHNSON EVANS & HEADRICK, P.C.** | **MCANGUS GOUDELOCK & COURIE, LLC** |
| */s/ Daniel C. Headrick* | */s/ Kathryn S. Whitlock* |
| Daniel C. Headrick | Kathryn S. Whitlock |
| Georgia Bar No. 663930 | Georgia Bar No. 756233 |
| 2690 Cobb Parkway SE | Thomas D. Whiddon |
| Suite A5-342 | Georgia Bar No. 330536 |
| Smyrna, GA 30080 | 270 Peachtree Street, NW |
| Phone: (865)444-6352 | Suite 1800 |
| dheadrick@je.legal | Atlanta, Georgia 30303 |
| *Attorney for Defendant HIMA Enterprises, Inc.* | Phone: (678) 500-7307 |
| | Fax: (678) 669-3546 |
| | kate.whitlock@mgclaw.com |
| | thomas.whiddon@mgclaw.com |
| | *Attorneys for Defendant SAS Hotels, LLC* |

These signatures are attached to *Consent Motion to Extend Deadlines* in *D.B. v. Travel Lodge*, et al. 1:25-CV-01634-AT, USDC, ND GA.

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Consent Motion to Extend Deadlines*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

This 22nd day of December, 2025.

                                              MCANGUS GOUDELOCK & COURIE, LLC

                                              */s/ Kathryn S. Whitlock*
                                              KATHRYN S. WHITLOCK
                                              Georgia Bar No. 756233
                                              kate.whitlock@mgclaw.com
                                              THOMAS D. WHIDDON
                                              Georgia Bar No. 330536
                                              thomas.whiddon@mgclaw.com
                                              Post Office Box 57365
                                              270 Peachtree Street, NW, Suite 1800 (30303)
                                              Atlanta, Georgia 30343
                                              (678) 500-7307
                                              *Attorneys for Defendant SAS Hotels, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Consent Motion to Extend Deadlines* with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This 22nd day of December, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*
