IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
| Defendants. ) | |

## **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR STAY**

COMES NOW Plaintiff, by and through counsel, and responds to Defendants' Motion for Stay as follows:

Defendants' Motion to Stay this case as to Defendants HIMA Enterprises, Inc. and SAS Hotels, LLC is wholly unnecessary and would do nothing but needlessly delay this case and harm Plaintiff. Plaintiff shows the Court that these Defendants and Plaintiff previously filed a Consent Motion to Extend Deadlines, which this Court granted on December 22, 2025, the same day it was filed. Accordingly, discovery in this case will not expire until April 30, 2026 – approximately 4 months from now.

1

Furthermore, Defendants HIMA Enterprises, Inc. and SAS Hotels, LLC are not affiliated with Travel Lodge Old National, LLC or the motel that it owned and operated at the time of Plaintiff's trafficking, and are not part of Travel Lodge Old National, LLC's bankruptcy. Rather, HIMA and SAS owned and operated an Econolodge down the street from the Travel Lodge. As a result, the parties should continue to pursue discovery and schedule depositions as to those defendants during the automatic stay as to Travel Lodge, and doing so will help move this case to an efficient resolution.

Plaintiff further shows the Court that, as a listed creditor of Travel Lodge Old National, LLC in the bankruptcy action, she has retained counsel in that case and intends to promptly move the bankruptcy court for relief from the automatic stay, which Plaintiff anticipates that the bankruptcy court will grant.[1] Accordingly,

---

[1] Plaintiff's counsel in the bankruptcy action attended the 341 meeting of creditors that was scheduled for January 5, 2026. During the meeting of creditors, the managing partner for Travel Lodge and its affiliated entities admitted under oath that Travel Lodge Old National and its affiliated entities currently have no assets and no real creditors other than the Plaintiffs in the sex trafficking lawsuits pending against them, including Plaintiff D.B. Further, Travel Lodge's managing partner was unable to answer several basic questions about the company and had failed to provide several documents to the trustee, including the company's final tax return. The trustee accordingly reset the 341 meeting of creditors for January 29, 2026, and directed that Travel Lodge Old National and its related entities produce, among other things, tax returns, insurance declaration pages, and documents related to the sale of the hotel(s). This admission and lack of diligence

Plaintiff believes that the automatic stay as to Travel Lodge Old National as to this case will be extremely short lived, such that staying this entire case and administratively closing it is not warranted.

Because there are multiple defendants in this case, two of which are unrelated and unaffiliated with Travel Lodge Old National, LLC, the case should continue as to those parties during the automatic bankruptcy stay. In addition, Plaintiff anticipates that the automatic stay will be lifted shortly such that there will not be any issues with expert, PTO, or other deadlines.

This 5th day of January, 2026.

                                            **LAW & MORAN**

                                            /s/ Denise D. Hoying
                                            Peter A. Law
                                            Georgia Bar No. 439655
                                            pete@lawmoran.com
                                            E. Michael Moran
                                            Georgia Bar No. 521602
                                            mike@lawmoran.com
                                            Denise D. Hoying
                                            Georgia Bar No. 236494
                                            denise@lawmoran.com

---

demonstrate that the bankruptcies were filed in bad faith and solely to cause further harm to victims of sex trafficking, including Plaintiff. As a result, Plaintiff and the other victims may move to dismiss them.

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

**ANDERSEN, TATE & CARR, P.C.**

/s/ Patrick J. McDonough
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com

**ANDERSEN, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing ***Plaintiff's Response to Defendants' Motion for Stay*** has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

    Respectfully submitted,

    **LAW & MORAN**

    */s/ Denise D. Hoying*
    Denise D. Hoying
    Georgia Bar No. 236494
    *Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing ***Plaintiff's Response to Defendants' Motion for Stay*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC
270 Peachtree Street, NW, Suite 1800
Atlanta, GA 30303

Daniel C. Headrick
Johnson Evans & Headrick, P.C.
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080

Peter F. Schoenthaler
Christopher Rosser
Timothy M. Blenner
Peter F. Schoenthaler, P.C.
6400 Powers Ferry Road NW
Suite 230
Atlanta, GA 30339

This 5th day of January, 2026.

              **LAW & MORAN**

              <u>/s/ Denise D. Hoying</u>
              Denise D. Hoying
              Georgia Bar No. 236494
              *Attorney for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Denise@lawmoran.com