# LAW & MORAN

ATTORNEYS AT LAW
563 SPRING STREET, N.W.
ATLANTA, GEORGIA 30308

| | | |
|---|---|---|
| TELEPHONE | www.LawMoran.com | FACSIMILE |
| (404) 814-3700 | | (404) 842-7710 |

January 29, 2026

**VIA E-FILE**

Honorable Amy Totenberg
ATTN: Keri Gardner
Courtroom Deputy Clerk
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      Re:    **D.B. v. Travel Lodge Old National, LLC, Hima Enterprises, Inc., and SAS Hotels, LLC**
            U.S. District Court, Northern District of Georgia, Atlanta Division
            Civil Action File No. 1:25-cv-01634-AT

Dear Ms. Gardner:

      We respectfully request that the above-referenced case not be put on a trial calendar for the time periods of April 3, 2026; April 6, 2026, May 7, 8, and 11, 2026; June 5, 2026; June 8, 9, and 10, 2026; July 6 and 7, 2026; August 3, 2026 up and through August 7, 2026. The purpose of these leaves is out-of-town travel.

      With best regards, I remain

                                        Very truly yours,

                                        *Peter A. Law*

                                        Peter A. Law

PAL:bna
cc:    All counsel of record (via ECF)

WWW.LAWMORAN.COM