IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION FILE |
| | ) NO. 1:25-cv-01634-AT |
| | ) |
| TRAVEL LODGE OLD NATIONAL. | ) |
| LLC, HIMA ENTERPRISES, INC. | ) |
| and SAS HOTELS, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, that beginning at 10:00 a.m. EST on Thursday, March 19, 2026, at the law office of Law & Moran, 563 Spring Street NW, Atlanta, Georgia 30308, continuing from hour to hour and day to day until adjourned, counsel for Defendant, HIMA Enterprises, Inc. shall proceed to take the deposition of **Plaintiff D.B.** The deposition will be upon oral examination before an officer authorized by law to administer oaths and to take depositions. The deposition will be videotaped. The deposition will be taken for purposes of discovery and any and all purposes allowable by law and will continue day to day until completed.

This 30th day of January 2026.

Respectfully submitted,

**JOHNSON EVANS & HEADRICK, P.C.**

/s/Daniel C. Headrick
Daniel C. Headrick
Georgia Bar No. 663930
*Attorneys for Defendant, HIMA Enterprises, Inc.*

2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
Tel: (865) 444-6352
dheadrick@je.legal

# CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing *Notice to Take Videotaped Deposition* has been prepared with one of the font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**JOHNSON EVANS & HEADRICK, P.C.**

/s/Daniel C. Headrick
Daniel C. Headrick
Georgia Bar No. 663930
*Attorneys for Defendant, HIMA Enterprises, Inc.*

2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
Tel: (865) 444-6352
dheadrick@je.legal

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVEL LODGE OLD NATIONAL. LLC, HIMA ENTERPRISES, INC. and SAS HOTELS, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:25-cv-01634-AT |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing ***Notice to Take Videotaped Deposition*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

| | |
|---|---|
| Denise Hoying<br>E. Michael Moran<br>Peter A. Law<br>Law & Moran<br>563 Spring St., N.W.<br>Atlanta, GA 30308<br>404-814-3700<br>denise@lawmoran.com<br>mike@lawmoran.com<br>pete@lawmoran.com | Patrick J. McDonough<br>Jonathan Tonge<br>Andersen, Tate & Carr, P.C.<br>One Sugarloaf Centre<br>1960 Satellite Boulevard<br>Suite 4000<br>Duluth, GA 30097<br>770-822-0900<br>pmcdonough@atclawfirm.com<br>jtonge@atclawfirm.com |

3

| | |
|---|---|
| Christopher Rosser<br>Petter F. Schoenthaler<br>Peter F. Schoenthaler P.C<br>6400 Powers Ferry Road NW<br>Suite 230<br>Atlanta, GA 30339<br>770-823-4820<br>crosser@schoenthalerlaw.com<br>pfs@schoenthalerlaw.com<br><br>Patrick B. Moore<br>Sarah J. Unatin<br>Weinberg Wheeler Hudgins Gunn & Dial, LLC<br>3344 Peachtree Road, NE<br>Suite 2400<br>Atlanta, GA 30326<br>404-876-2700<br>pmoore@wwhgd.com<br>sunatin@wwhgd.com | Timothy M. Blenner<br>Peter F. Schoenthaler, P.C.<br>6400 Powers Ferry Road NW Suite 230<br>Atlanta, GA 30339<br>404-855-3315<br>tblenner@schoenthalerlaw.com<br><br>Kathryn S. Whitlock<br>McAngus, Goudelock & Courie, LLC<br>270 Peachtree Street NW<br>Suite 1800<br>P.O. Box 57365<br>Atlanta, GA 30303<br>678-500-7300<br>Fax: 678-669-3546<br>kate.whitlock@mgclaw.com |

This 30th day of January, 2026.

/s/Daniel C. Headrick
Daniel C. Headrick
Georgia Bar No. 663930
*Attorney for Defendant, HIMA Enterprises, Inc.*

**JOHNSON EVANS & HEADRICK, P.C.**
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
Tel: (865) 444-6352
dheadrick@je.legal