IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., <br><br> Plaintiff, <br> v. <br><br> TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC, <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:25-CV-01634-AT |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Fed. R. Civ. P. 5(d)(1)(B)(ii) and L.R. 5.4(A) and 26.3, NDGa, this is to certify that I have this date January 29, 2026 served a true and correct copy of the following:

1. ***Notice of Intent to Serve Subpoena on Non-Party Piedmont Henry, Inc.***

2. ***Notice of Intent to Serve Subpoena on Non-Party Northside Hospital, Inc.***

upon all counsel of record via electronic mail notification addressed as follows:

This the 30th day of January, 2026.

1

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |
| PETER F. SCHOENTHALER, P.C. | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC |
| Peter F. Schoenthaler | Patrick B. Moore |
| pfs@schoenthalerlaw.com | pmoore@wwhgd.com |
| Christopher Rosser | Sarah J. Unatin |
| crosser@schoenthalerlaw.com | sunatin@.wwhgd.com |
| Timothy Blenner | |
| tblenner@schoenthalerlaw.com | JOHNSON EVANS & HEADRICK, P.C. |
| Neill K. Wright | |
| nwright@schoenthalerlaw.com | Daniel C. Headrick |
| | dheadrick@je.legal |

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to its *Certificate of Service of Discovery* in Case No. 1:25-CV-01634-AT, U.S. D.C. for the NDGa, Atlanta Division.

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Certificate of Service of Discovery* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN<br>Peter A. Law<br>pete@lawmoran.com<br>E. Michael Moran<br>mike@lawmoran.com<br>Denise D. Hoying<br>denise@lawmoran.com | ANDERSEN, TATE & CARR, P.C.<br>Patrick J. McDonough<br>pmcdonough@atclawfirm.com<br>Jonathan S. Tonge<br>jtonge@atclawfirm.com<br>Jennifer M. Webster<br>jwebster@atclawfirm.com |
| PETER F. SCHOENTHALER, P.C.<br>Peter F. Schoenthaler<br>pfs@schoenthalerlaw.com<br>Christopher Rosser<br>crosser@schoenthalerlaw.com<br>Timothy Blenner<br>tblenner@schoenthalerlaw.com<br>Neill K. Wright<br>nwright@schoenthalerlaw.com | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br>Patrick B. Moore<br>pmoore@wwhgd.com<br>Sarah J. Unatin<br>sunatin@.wwhgd.com<br><br>JOHNSON EVANS & HEADRICK, P.C.<br>Daniel C. Headrick<br>dheadrick@je.legal |

This the 30th day of January, 2026.

*SIGNATURE ON FOLLOWING PAGE.*

4

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

5