IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., : | |
|     Plaintiff, : | |
| v. : | CIVIL ACTION NO. |
| TRAVEL LODGE OLD NATIONAL, : | 1:25-cv-1634-AT |
| LLC, HIMA ENTERPRISES, INC., and : | |
| SAS HOTELS, LLC, : | |
|     Defendants. : | |

## ORDER

On December 4, 2025, Defendant Travel Lodge Old National, LLC notified the Court that it had filed for bankruptcy, automatically staying this litigation as to that entity. (Doc. 45). The Court ruled the next day that the litigation would continue against Defendants HIMA Enterprises, Inc. and SAS Hotels, LLC. On December 22, those Defendants moved to stay the case in its entirety "[i]n order to preserve judicial, party, and witness resources, and for just cause[.]" (Doc. 48 at 3). The Plaintiff opposed on the grounds that "Defendants HIMA Enterprises, Inc. and SAS Hotels, LLC are not affiliated with Travel Lodge Old National, LLC or the motel that it owned and operated at the time of Plaintiff's trafficking, and are not part of Travel Lodge Old National, LLC's bankruptcy." (Doc. 51 at 2). Plaintiff also indicated that she "intends to promptly move the bankruptcy court for relief from the automatic stay" and that Defendant Travel Lodge's 341 meeting of creditors

was rescheduled until January 29, 2026. (*Id.*). The Plaintiff is thus **DIRECTED** to provide any relevant updated information from last week's 341 meeting to the Court, on or before February 9, 2026.

    **IT IS SO ORDERED** this 2nd day of February, 2026.

_____
**Honorable Amy Totenberg**
**United States District Judge**