IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| D.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, | ) | |
| LLC, HIMA ENTERPRISES, | ) | |
| INC., and SAS HOTELS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S RESPONSE TO THE COURT'S FEBRUARY 2, 2026 ORDER

COMES NOW Plaintiff, by and through counsel, and provides the following information in response to the Court's February 2, 2026 Order:

As previously indicated, Plaintiff filed a Motion for Relief from the Automatic Bankruptcy Stay ("Motion") in order to obtain relief from the automatic stay provided under Section 362(a) of the Bankruptcy Code due to Defendant Travel Lodge Old National, LLC's Chapter 7 bankruptcy filing. (Ex. A). Plaintiff also filed a Notice of Hearing on the Motion for February 24, 2026 at 9:00 a.m. ("Hearing") (Ex. B). Plaintiff anticipates that the Hearing and the Motion will be uncontested.

1

Counsel for Plaintiff also attended the continued Section 341 meeting of creditors on January 29, 2026. There, a representative for Lexicon Hospitality, LLC testified that it is the member of Lexicon Hospitality Investments, LLC, which is the member of the other entities that all filed for bankruptcy on the same day, including but not limited to Travel Lodge Old National, LLC. This is significant because Travel Lodge Old National, LLC failed to file a corporate disclosure statement and certificate of interested persons in this case and failed to disclose this information in its initial disclosures or in response to Plaintiff's discovery requests.

The Chapter 7 trustee in Travel Lodge Old National, LLC's bankruptcy case then questioned whether the entities, including Travel Lodge Old National, LLC, may need to file additional tax returns. Finally, when asked, counsel for Travel Lodge Old National, LLC and the other debtors acknowledged that the Debtors likely would have no basis to oppose the Motion or the other similarly filed stay relief motions. The Chapter 7 trustee again continued the Section 341 meeting of creditors for February 9, 2026 at 3:00 p.m. to enable the Debtor to provide him with additional information, which counsel for Plaintiff plans to attend.

This 2nd day of February, 2026.

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

**ANDERSEN, TATE & CARR, P.C.**

/s/ Patrick J. McDonough
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Attorneys for Plaintiff

**ANDERSEN, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Plaintiff's Response to the Court's February 2, 2026 Order*** has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1.  Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

                                              Respectfully submitted,

                                              **LAW & MORAN**

                                              */s/ Denise D. Hoying*
                                              Denise D. Hoying
                                              Georgia Bar No. 236494
                                              *Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing ***Plaintiff's Response to the Court's February 2, 2026 Order*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC
270 Peachtree Street, NW, Suite 1800
Atlanta, GA 30303

Daniel C. Headrick
Johnson Evans & Headrick, P.C.
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080

Peter F. Schoenthaler
Christopher Rosser
Timothy M. Blenner
Peter F. Schoenthaler, P.C.
6400 Powers Ferry Road NW
Suite 230
Atlanta, GA 30339

This 2nd day of February, 2026.

                                      **LAW & MORAN**

                                      /s/ Denise D. Hoying
                                      Denise D. Hoying
                                      Georgia Bar No. 236494
                                      *Attorney for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Denise@lawmoran.com