## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| TRAVEL LODGE OLD NATIONAL, LLC | ) | |
| | ) | CASE NO. 25-21740-jrs |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| J.S. AND D.B. | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| TRAVEL LODGE OLD NATIONAL, LLC | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Michael Roseberry, W.K., and J.T. (collectively, the "Movants") have filed *Motion for Relief from the Automatic Stay* [Docket No. 8] (the "Motion") and related papers with the Court seeking an order modifying the automatic stay for the limited purpose of allowing Movants to pursue their non-bankruptcy claims in a non-bankruptcy forum so that they may recover from available liability insurance coverage.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion on February 24, 2026, the calendar call for which will be at 9:00 a.m. in Courtroom 103, Federal Building, 121 Spring Street, SE, Gainesville, Georgia 30501 (the "Hearing"), which calendar call may be attended in person or via the Court's Virtual Hearing Room. Except as explained in the hearing procedures on Judge Sacca's Chambers webpage, any matter held ready at the calendar call for the Court to hear shall be heard later that day in person at either 11:00 a.m. or 1:00 p.m. as mutually requested by the parties in the Courtroom listed above. Please check the "Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, which includes a link to Judge Sacca's Chambers webpage, for more information and instructions on how to participate in Court hearings. You should also review the "Hearing Information" tab on Judge Sacca's Chambers 1 Use the Contested Matter portion of the caption only for matters that are contested matters under Fed. R. Bankr. P. 9014. For all other matters, just use the case portion of the caption. webpage for further information about the procedures for the Hearing. If the parties do not mutually agree to have the matter heard in person

AGG\4926-5469-1979.v1-1/27/26

at 11:00 a.m. (or such other time agreed to by the parties and approved by the Court, such as 11:30 a.m. that day), the matter will be heard in person at 1:00 p.m. that day.

Your rights may be affected by the Court's ruling on the Motion. You should read the Motion and any related pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the Hearing. You may also file a written response to the Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the Hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the Motion on the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Movants waive the requirement for holding a preliminary hearing within thirty (30) days of filing the Motion and agrees to a hearing on the earliest possible date. Movants consent to the automatic stay remaining in effect until the Court orders otherwise.

Date: January 27, 2026

Respectfully submitted,

*/s/ Sean C. Kulka*
Sean C. Kulka
Georgia Bar No. 648919
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
404-873-8500
E-mail: sean.kulka@agg.com

*Attorneys for Movants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2026, I electronically filed the foregoing *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

| Name | Email Address |
|---|---|
| Benjamin R Keck on behalf of Debtor Lexicon Hospitality Investments LLC | bkeck@kecklegal.com |
| Bradley J. Patten | bpatten@sgwmfirm.com |
| Jonathan D Clements on behalf of Debtor Lexicon Hospitality Investments LLC | jclements@kecklegal.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

I further certify that on this day I also caused a copy of the foregoing *Motion for Relief from the Automatic Stay* to be served via First Class Mail on the following parties at the address shown for each.

B.S.
563 Spring St., N.W.
Atlanta, GA 30308

D.B

G6 Hospitality, LLC et al
4001 International Parkway
Carrollton, TX 75007

Gainesville Masters, LLC
2041 Kinderton Manor Dr
Duluth, GA 30097-5968

HIMA Enterprises, Inc.
4874 Old National Hwy.
Atlanta, GA 30337

J.S.
563 Spring St., N.W.
Atlanta, GA 30308

J.S.

J.T.
One Sugarloaf Centre
1960 Satellite Blvd
Suite 4000
Duluth, GA 30097

Jane Doe

Jane Doe (S.J.C.)
2900 North Loop West
Suite 1130
Houston, TX 77092

Michael Roseberry
One Sugarloaf Centre
1960 Satellite Blvd
Suite 4000
Duluth, GA 30097

W.K.  
One Sugarloaf Centre  
1960 Satellite Blvd.  
Suite 4000  
Duluth, GA 30097  

SAS Hotels, LLC  
270 Peachtree Street NW  
Suite 1800  
Atlanta, GA 30303  

Dated: January 27, 2026

Respectfully submitted,

*/s/ Sean C. Kulka*  
Sean C. Kulka  
Georgia Bar No. 648919  
Arnall Golden Gregory LLP  
171 17th Street NW, Suite 2100  
Atlanta, Georgia 30363  
404-873-8500  
E-mail: sean.kulka@agg.com  

*Attorneys for Movants*