IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., AND SAS HOTELS, LLC,<br><br>    Defendants. | Civil Action No. 1:25-CV-01634-AT |

## Notice of Leave of Absence

COMES NOW Kathryn S. Whitlock and respectfully notifies all judges before whom she has cases pending, all affected clerks of court, and all opposing counsel that she will be on leave pursuant to Georgia Court Rule 16 as follows:

The period of leave during which time Applicant will be away from the practice of law on leave as follows:

March 3, 2026 – March 6, 2026

April 28, 2026 – April 29, 2026

May 15, 2026

June 26, 2026

July 29, 2026 -August 11, 2026

September 28, 2026

October 21, 2026 – October 23, 2026

November 25, 2026 – November 27, 2026

December 2, 2026 – December 4, 2026

All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

This the 24th day of February, 2026.

                                                                 MCANGUS GOUDELOCK & COURIE, LLC

                                                                 */s/ Kathryn S. Whitlock*
                                                                 KATHRYN S. WHITLOCK
                                                                Georgia Bar No. 756233
                                                                kate.whitlock@mgclaw.com
                                                                Post Office Box 57365
                                                               270 Peachtree Street, NW, Suite 1800 (30303)
                                                                Atlanta, Georgia 30343
                                                                (678) 500-7307
                                                                *Attorneys for Defendant SAS Hotels, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Leave of Absence* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN<br>Peter A. Law<br>pete@lawmoran.com<br>E. Michael Moran<br>mike@lawmoran.com<br>Denise D. Hoying<br>denise@lawmoran.com | ANDERSEN, TATE & CARR, P.C.<br>Patrick J. McDonough<br>pmcdonough@atclawfirm.com<br>Jonathan S. Tonge<br>jtonge@atclawfirm.com<br>Jennifer M. Webster<br>jwebster@atclawfirm.com |
| PETER F. SCHOENTHALER, P.C.<br>Peter F. Schoenthaler<br>pfs@schoenthalerlaw.com<br>Christopher Rosser<br>crosser@schoenthalerlaw.com<br>Timothy Blenner<br>tblenner@schoenthalerlaw.com<br>Neill K. Wright<br>nwright@schoenthalerlaw.com | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br>Patrick B. Moore<br>pmoore@wwhgd.com<br>Sarah J. Unatin<br>sunatin@.wwhgd.com<br><br>JOHNSON EVANS & HEADRICK, P.C.<br>Daniel C. Headrick<br>dheadrick@je.legal |

This the 24th day of February, 2026.

*{Signature on the following page.}*

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

4