IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, ) | |
| LLC, HIMA ENTERPRISES, ) | |
| INC., and SAS HOTELS, LLC, ) | |
| ) | |
| Defendants. ) | |

**AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, that beginning at 12:00 p.m. EST on Wednesday, April 8, 2026, at the law office of Law & Moran, 563 Spring Street NW, Atlanta, Georgia 30308, continuing from hour to hour and day to day until adjourned, counsel for Plaintiff shall proceed to take the deposition of **Suresh Patel**. The deposition will be upon oral examination before an officer authorized by law to administer oaths and to take depositions. The deposition will be videotaped. The deposition will be taken for purposes of discovery and any and all purposes allowable by law and will continue day to day until completed.

This 26th day of February, 2026.

            Respectfully submitted,

            **LAW & MORAN**

            <u>*/s/ Denise D. Hoying*</u>
            Peter A. Law
            Georgia Bar No. 439655
            E. Michael Moran
            Georgia Bar No. 521602
            Denise D. Hoying
            Georgia Bar No. 236494
            *Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

            **ANDERSEN, TATE & CARR, P.C.**

            <u>*/s/ Patrick J. McDonough*</u>
            Patrick J. McDonough
            Georgia Bar No. 489855
            Jonathan S. Tonge
            Georgia Bar No. 303999
            *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing ***Amended Notice to Take Videotaped Deposition*** has been prepared with one of the font and point selections approved by the Court in L.R. 5.1.  Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No.236494
*Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, | ) |
| LLC, HIMA ENTERPRISES, | ) |
| INC., and SAS HOTELS, LLC, | ) |
| | ) |
|    Defendants. | ) |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing ***Amended Notice to Take Videotaped Deposition*** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to:

Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC
270 Peachtree Street, NW, Suite 1800
Atlanta, GA 30303

Daniel C. Headrick
Johnson Evans & Headrick, P.C.
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080

Peter F. Schoenthaler
Christopher Rosser
Timothy M. Blenner
Peter F. Schoenthaler, P.C.
6400 Powers Ferry Road NW
Suite 230
Atlanta, GA 30339

Patrick B. Moore
Sarah J. Unatin
Weinberg, Wheeler, Hudgins, Gunn
& Dial, LLC
3344 Peachtree Rd, N.E.
Suite 2400
Atlanta, GA 30326

This 26th day of February, 2026.

                                                **LAW & MORAN**

                                                */s/ Denise D. Hoying*
                                                Denise D. Hoying
                                                Georgia Bar No. 236494
                                                *Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com