# APPLICATION FOR REFUND OF FEES
# PAID ELECTRONICALLY THROUGH PAY.GOV

Date of Request: 2026-03-02                Date of Fee Payment: 2026-02-18

Case Number:    CAN 1:25-CV-01634-AT-      Receipt Number:   AGANDC-15016716

Amount to be Refunded: $100.00

Reason for Request:

**Initial filing for admission and paymnet on Pacer timed out and had to start from the begining and pay again . The second receipt for the fees is- AGANDC-15017176  (Doc Number 62) - Please let us know if you require any further information. Thank you.**

Supervisor's Recommendation:

Action Taken:      _____      Approved

                   _____      Denied

                   _____      Referred to Judge for further action

_____          _____
DATE                                  KEVIN P. WEIMER
                                      Clerk of Court