IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., <br>     Plaintiff, <br><br> v. <br><br> TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC, <br><br>     Defendants. | CIVIL ACTION FILE NO. <br> 1:25-CV-01634-AT |

## **JOINT MOTION TO AMEND SCHEDULING ORDER**

COME NOW Plaintiff and Defendants SAS Hotels and HIMA Enterprises, by and through their undersigned counsel, and file this Joint Motion for Entry of Amended Scheduling Order, respectfully showing the Court as follows:

The original Scheduling Order in this case set discovery to expire on January 5, 2026. Upon the joint request of the parties, the Court extended that date to April 30, 2026 as to discovery between Plaintiff, SAS Hotels, and HIMA Enterprises. The Court further ordered that motions for summary judgment be filed by June 1, 2026 and responses to dispositive motions be filed by June 22, 2026. (Dkt. Order 12/22/2025). The deadline for replies was set as July 6, 2026.

Since the entry of that Order, the parties have engaged in written discovery, but have had difficulty scheduling depositions. For example, the principal of SAS

Hotels visited his family abroad, and had other business matter to attend to, and his counsel was otherwise committed, so the only available date for his deposition was April 30, 2026, the last day of the current discovery period.  Further, counsel for HIMA has been called to jury duty during a week when several depositions were scheduled to occur, and these depositions must now be rescheduled.   Additionally, the Plaintiff has disclosed several additional witnesses via supplemental disclosures whom HIMA Enterprises, Inc. has asked to depose.  Those witnesses will require subpoenas and logistical scheduling which further warrant an extension. The parties anticipate that there may be follow-on discovery after the first round of depositions is completed.

The Parties are working diligently to move this case forward and do not request this extension for purposes of delay. Rather, the requested amendment is necessary to allow the Parties to adequately develop the factual and legal issues presented in this matter.

WHEREFORE, Plaintiff and Defendants SAS Hotels and HIMA Enterprises respectfully request that this Court enter the attached Amended Scheduling Order and grant such other and further relief as the Court deems just and proper.

This 11th day of March, 2026.

Respectfully submitted,

| **LAW & MORAN** | **ANDERSEN, TATE & CARR, P.C.** |
|---|---|
| */s/ Denise D. Hoying* | */s/ Patrick J. McDonough* |
| Peter A. Law | Patrick J. McDonough |
| Georgia Bar No. 439655 | Georgia Bar No. 489855 |
| E. Michael Moran | Jonathan S. Tonge |
| Georgia Bar No. 521602 | Georgia Bar No. 303999 |
| Denise D. Hoying | One Sugarloaf Centre |
| Georgia Bar No. 236494 | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | Phone: (770) 822-0900 |
| Phone: (404) 814-3700 | Fax: (770) 822-9680 |
| Fax: (404) 842-7710 | pmcdonough@atclawfirm.com |
| Pete@lawmoran.com | jtonge@atclawfirm.com |
| Mike@lawmoran.com | *Attorneys for Plaintiff* |
| Denise@lawmoran.com | |
| *Attorneys for Plaintiff* | |

| **JOHNSON EVANS & HEADRICK, P.C.** | **MCANGUS GOUDELOCK & COURIE, LLC** |
|---|---|
| */s/ Daniel C. Headrick* | */s/ Kathryn S. Whitlock* |
| Daniel C. Headrick | Kathryn S. Whitlock |
| Georgia Bar No. 663930 | Georgia Bar No. 756233 |
| 2690 Cobb Parkway SE | Thomas D. Whiddon |
| Suite A5-342 | Georgia Bar No. 330536 |
| Smyrna, GA 30080 | 270 Peachtree Street, NW |
| Phone: (865)444-6352 | Suite 1800 |
| dheadrick@je.legal | Atlanta, Georgia 30303 |
| *Attorney for Defendant HIMA Enterprises, Inc.* | Phone: (678) 500-7307 |
| | Fax: (678) 669-3546 |
| | kate.whitlock@mgclaw.com |
| | thomas.whiddon@mgclaw.com |
| | *Attorneys for Defendant SAS Hotels, LLC* |

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing *Joint Motion to Amend Scheduling Order* has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

This 11th day of March, 2026.

                                           MCANGUS GOUDELOCK & COURIE, LLC

                                         */s/ Kathryn S. Whitlock*
                                         KATHRYN S. WHITLOCK
                                         Georgia Bar No. 756233
                                         kate.whitlock@mgclaw.com
                                         THOMAS D. WHIDDON
                                         Georgia Bar No. 330536
                                         thomas.whiddon@mgclaw.com
                                         Post Office Box 57365
                                         270 Peachtree Street, NW, Suite 1800 (30303)
                                         Atlanta, Georgia 30343
                                         (678) 500-7307
                                         *Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing *Joint Motion to Amend Scheduling Order* with the Clerk of Court using the CM/ECF system which will automatically send email notification to:

    Peter A. Law, Denise D. Hoying, and E. Michael Moran
    Patrick J. McDonough and Jonathan S. Tongue
    Peter F. Schoenthaler, Christopher Rosser, and Timothy Blenner
    Patrick B. Moore and Sarah J. Unatin
    Daniel C. Headrick

This 11th day of March, 2026.

                                MCANGUS GOUDELOCK & COURIE, LLC

                                */s/ Kathryn S. Whitlock*
                                KATHRYN S. WHITLOCK
                                Georgia Bar No. 756233
                                kate.whitlock@mgclaw.com
                                THOMAS D. WHIDDON
                                Georgia Bar No. 330536
                                thomas.whiddon@mgclaw.com
                                Post Office Box 57365
                                270 Peachtree Street, NW, Suite 1800 (30303)
                                Atlanta, Georgia 30343
                                (678) 500-7307
                                *Attorneys for Defendant SAS Hotels, LLC*