IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br><br>       Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC,<br><br>       Defendants. | CIVIL ACTION FILE NO.<br>1:25-CV-01634-AT |

## [PROPOSED] AMENDED SCHEDULING ORDER

Plaintiff, SAS Hotels, and HIMA Enterprises jointly have moved the Court to Amend the Scheduling Order. For good cause shown, the Motion it GRANTED.

Discovery between Plaintiff, SAS Hotels, and HIMA Enterprises shall be completed by June 30, 2026.

Motions for summary judgment shall be filed by July 30, 2026.

Responses to motions for summary judgment shall be filed by August 21, 2026, and replies shall be filed by September 4, 2026.

So ORDERED this ___ day of March, 2026.

_____
Honorable Amy Totenberg
United States District Judge

Prepared and presented by:
Kathryn S. Whitlock
Georgia Bar No. 756233

Consented to:
All counsel of record