IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION FILE |
| | )   NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, | ) |
| LLC, HIMA ENTERPRISES, | ) |
| INC., and SAS HOTELS, LLC, | ) |
| | ) |
|     Defendants. | ) |

## SECOND AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, that beginning at 12:00 p.m. EST on Tuesday, April 14, 2026, at the law office of Law & Moran, 563 Spring Street NW, Atlanta, Georgia 30308, continuing from hour to hour and day to day until adjourned, counsel for Plaintiff shall proceed to take the deposition of **Suresh Patel**.  The deposition will be upon oral examination before an officer authorized by law to administer oaths and to take depositions. The deposition will be videotaped. The deposition will be taken for purposes of discovery and any and all purposes allowable by law and will continue day to day until completed.

This 23rd day of March, 2026.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
*Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

## <u>CERTIFICATE OF COMPLIANCE</u>

This is to certify that the foregoing ***Second Amended Notice to Take***

***Videotaped Deposition*** has been prepared with one of the font and point selections

approved by the Court in L.R. 5.1.  Specifically, the above-mentioned pleading

was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**LAW & MORAN**

<u>*/s/ Denise D. Hoying*</u>
Denise D. Hoying
Georgia Bar No.236494
*Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

D.B.,                                           )
                                                )
        Plaintiff,                              )
                                                )
v.                                              )    CIVIL ACTION FILE
                                                )    NO. 1:25-cv-01634-AT
TRAVEL LODGE OLD NATIONAL,                      )
LLC, HIMA ENTERPRISES,                          )
INC., and SAS HOTELS, LLC,                      )
                                                )
        Defendants.                             )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the

foregoing *Second Amended Notice to Take Videotaped Deposition* with the Clerk

of Court using CM/ECF which will send email notification of such filing to:

Kathryn S. Whitlock                     Daniel C. Headrick
Thomas D. Whiddon                       Johnson Evans & Headrick, P.C.
McAngus Goudelock & Courie, LLC         2690 Cobb Parkway SE
270 Peachtree Street, NW, Suite 1800    Suite A5-342
Atlanta, GA 30303                       Smyrna, GA 30080

Peter F. Schoenthaler                   Patrick B. Moore
Christopher Rosser                      Sarah J. Unatin
Timothy M. Blenner                      Weinberg, Wheeler, Hudgins, Gunn &
Peter F. Schoenthaler, P.C.             Dial, LLC
6400 Powers Ferry Road NW, Suite 230    3344 Peachtree Rd, N.E., Suite 2400
Atlanta, GA 30339                       Atlanta, GA 30326

This 23rd day of March, 2026.

**LAW & MORAN**

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No. 236494
*Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com