IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

D.B.,                                          )
                                               )
      Plaintiff,                               )
                                               )
                                               )
                                               )
      vs.                                      )    CIVIL ACTION FILE
                                               )    NO. 1:25-cv-01634-AT
                                               )
                                               )
TRAVEL LODGE OLD NATIONAL.                      )
LLC, HIMA ENTERPRISES, INC.                    )
and SAS HOTELS, LLC,                           )
                                               )
                                               )
      Defendants.                              )

## AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, that beginning at **9:00 a.m. EDT on Thursday, April 2, 2026**, at the law office of Law & Moran, 563 Spring Street NW, Atlanta, Georgia 30308, continuing from hour to hour and day to day until adjourned, counsel for Defendant, HIMA Enterprises, Inc. shall proceed to take the deposition of **Plaintiff, D.B.**  The deposition will be upon oral examination before an officer authorized by law to administer oaths and to take depositions. The deposition will be videotaped. The deposition will be taken for purposes of discovery and any and all purposes allowable by law and will continue day to day until completed.

This 23rd day of March 2026.

Respectfully submitted,

**JOHNSON EVANS & HEADRICK, P.C.**


/s/Daniel C. Headrick
Daniel C. Headrick
Georgia Bar No. 663930
*Attorneys for Defendant, HIMA Enterprises, Inc.*

2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
Tel: (865) 444-6352
dheadrick@je.legal

2

## <u>CERTIFICATE OF COMPLIANCE</u>

This is to certify that the foregoing *Amended Notice to Take Videotaped Deposition* has been prepared with one of the font and point selections approved by the Court in L.R. 5.1.  Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**JOHNSON EVANS & HEADRICK, P.C.**


/s/Daniel C. Headrick

Daniel C. Headrick
Georgia Bar No. 663930
*Attorneys for Defendant, HIMA Enterprises, Inc.*

2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
Tel: (865) 444-6352
dheadrick@je.legal

3

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

D.B.,                                    )
                                         )
        Plaintiff,                       )
                                         )
                                         )
                                         )
        vs.                              )      CIVIL ACTION FILE
                                         )      NO. 1:25-cv-01634-AT
                                         )
                                         )
TRAVEL LODGE OLD NATIONAL.               )
LLC, HIMA ENTERPRISES, INC.              )
and SAS HOTELS, LLC,                     )
                                         )
                                         )
        Defendants.                      )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Amended Notice to Take Videotaped Deposition* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

| | |
|---|---|
| Denise Hoying | Patrick J. McDonough |
| E. Michael Moran | Jonathan Tonge |
| Peter A. Law | Andersen, Tate & Carr, P.C. |
| Law & Moran | One Sugarloaf Centre |
| 563 Spring St., N.W. | 1960 Satellite Boulevard |
| Atlanta, GA 30308 | Suite 4000 |
| 404-814-3700 | Duluth, GA 30097 |
| denise@lawmoran.com | 770-822-0900 |
| mike@lawmoran.com | pmcdonough@atclawfirm.com |
| pete@lawmoran.com | jtonge@atclawfirm.com |

4

Christopher Rosser
Petter F. Schoenthaler
Peter F. Schoenthaler P.C
6400 Powers Ferry Road NW
Suite 230
Atlanta, GA 30339
770-823-4820
crosser@schoenthalerlaw.com
pfs@schoenthalerlaw.com

Patrick B. Moore
Sarah J. Unatin
Weinberg Wheeler Hudgins Gunn &
Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
404-876-2700
pmoore@wwhgd.com
sunatin@wwhgd.com

Timothy M. Blenner
Peter F. Schoenthaler, P.C.
6400 Powers Ferry Road NW Suite
230
Atlanta, GA 30339
404-855-3315
tblenner@schoenthalerlaw.com

Kathryn S. Whitlock
McAngus, Goudelock & Courie,
LLC
270 Peachtree Street NW
Suite 1800
P.O. Box 57365
Atlanta, GA 30303
678-500-7300
Fax: 678-669-3546
kate.whitlock@mgclaw.com

This 23rd day of March, 2026.

/s/Daniel C. Headrick

Daniel C. Headrick
Georgia Bar No. 663930
*Attorney for Defendant, HIMA*
*Enterprises, Inc.*

**JOHNSON EVANS & HEADRICK, P.C.**
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
Tel: (865) 444-6352
dheadrick@je.legal

5