IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| D.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:25-cv-01634-AT |
| TRAVEL LODGE OLD NATIONAL, | ) | |
| LLC, HIMA ENTERPRISES, | ) | |
| INC., and SAS HOTELS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, that beginning at 10:00 a.m. on Thursday, May 21, 2026, at the law offices of McAngus Goudelock & Courie, LLC, 270 Peachtree Street NW, Suite 1800, Atlanta, GA 30303, and continuing from hour to hour and day to day until adjourned, counsel for Plaintiff shall proceed to take the deposition of **Mohammad Awal**. The deposition will be upon oral examination before an officer authorized by law to administer oaths and to take depositions and will be videotaped. The deposition will be taken for all purposes allowed by law.

This 31st day of March, 2026.

1

Respectfully submitted,

**LAW & MORAN**

/s/ Denise D. Hoying
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
*Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

**ANDERSEN, TATE & CARR, P.C.**

/s/ Patrick J. McDonough
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

2

## <u>CERTIFICATE OF COMPLIANCE</u>

This is to certify that the foregoing ***Amended Notice to Take Videotaped Deposition*** has been prepared with one of the font and point selections approved by the Court in L.R. 5.1.  Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,
**LAW & MORAN**

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No.236494
*Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

D.B.,                                          )
                                               )
        Plaintiff,                             )
                                               )
v.                                             )    CIVIL ACTION FILE
                                               )    NO. 1:25-cv-01634-AT
TRAVEL LODGE OLD NATIONAL,                      )
LLC, HIMA ENTERPRISES,                         )
INC., and SAS HOTELS, LLC,                     )
                                               )
        Defendants.                            )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the

foregoing *Amended Notice to Take Videotaped Deposition* with the Clerk of Court

using the CM/ECF system which will send email notification of such filing to:

Kathryn S. Whitlock                    Daniel C. Headrick
Thomas D. Whiddon                      Johnson Evans & Headrick, P.C.
McAngus Goudelock & Courie, LLC        2690 Cobb Parkway SE
270 Peachtree Street, NW, Suite 1800   Suite A5-342
Atlanta, GA 30303                      Smyrna, GA 30080

Peter F. Schoenthaler                  Patrick B. Moore
Christopher Rosser                     Sarah J. Unatin
Timothy M. Blenner                     Weinberg, Wheeler, Hudgins, Gunn
Peter F. Schoenthaler, P.C.            & Dial, LLC
6400 Powers Ferry Road NW              3344 Peachtree Rd, N.E.
Suite 230                              Suite 2400
Atlanta, GA 30339                      Atlanta, GA 30326

4

This 31st day of March, 2026.

**LAW & MORAN**

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No. 236494
*Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com