**Patrick J. McDonough**                                   Telephone:  770.822.0900
Email:  pmcdonough@atclawfirm.com                          Direct Dial: 678.518.6859
                                                           Direct Fax:  770.236.9795


March 31, 2026

**VIA CM/ECF**

Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

      Re:   *D.B. v. Travel Lodge Old National, LLC, et al.*
           United States District Court for the Northern District of Georgia
           Civil Action File No.: 1:25-cv-01634-AT

Dear Judge Totenberg:

I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- May 28, 2026 – June 9, 2026, for vacation.


For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates.  I appreciate your consideration in this matter.

Very truly yours,

*/s/ Patrick J. McDonough*

Patrick J. McDonough

PJM: mnw
cc:  All counsel of record via CM/ECF