# ANDERSEN | TATE | CARR

**Jonathan Tonge**                                          Telephone: 770.822.0900
Email: jtonge@atclawfirm.com

April 3, 2026

**VIA CM/ECF**

Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

      Re:   *D.B. v. Travel Lodge Old National, LLC, et al.*
           United States District Court for the Northern District of Georgia
           Civil Action File No.: 1:25-cv-01634-AT

Dear Judge Totenberg:

I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- April 4, 2026 – April 11, 2026, for vacation.
- May 31, 2026 – June 10, 2026, for vacation.

For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates. I appreciate your consideration in this matter.

           Sincerely,

           ANDERSEN, TATE & CARR, P.C.

           */s/ Jonathan Tonge*

           Jonathan Tonge, Esq.