IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| D.B., | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. 1:25-CV-01634-AT |
| TRAVEL LODGE OLD NATIONAL, LLC, HIMA ENTERPRISES, INC., and SAS HOTELS, LLC, | |
| Defendants. | |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Fed. R. Civ. P. 5(d)(1)(B)(ii) and L.R. 5.4(A) and 26.3, NDGa, this is to certify that I have this date served a true and correct copy of the following:

1. ***Defendant SAS Hotels, LLC's Objections to Plaintiff's Subpoena to Nonparty National Center for Missing & Exploited Children***

upon all counsel of record to this matter via electronic mail notification addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | Jennifer M. Webster |
| denise@lawmoran.com | jwebster@atclawfirm.com |

1

| | |
|---|---|
| PETER F. SCHOENTHALER, P.C. | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC |
| Peter F. Schoenthaler | Patrick B. Moore |
| pfs@schoenthalerlaw.com | pmoore@wwhgd.com |
| Christopher Rosser | Sarah J. Unatin |
| crosser@schoenthalerlaw.com | sunatin@wwhgd.com |
| Timothy Blenner | |
| tblenner@schoenthalerlaw.com | JOHNSON EVANS & |
| Neill K. Wright | HEADRICK, P.C. |
| nwright@schoenthalerlaw.com | Daniel C. Headrick |
| | dheadrick@je.legal |

This the 8th day of April, 2026.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
Kathryn S. Whitlock (GA Bar No. 756233)
kate.whitlock@mgclaw.com
Thomas D. Whiddon (GA Bar No. 330536)
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to its *Certificate of Service of Discovery* in Case No. 1:25-CV-01634-AT, United States District Court for the Northern District of Georgia, Atlanta Division.

## <u>CERTIFICATE OF FONT COMPLIANCE</u>

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the fonts and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This the 8th day of April, 2026.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
Kathryn S. Whitlock (GA Bar No. 756233)
kate.whitlock@mgclaw.com
Thomas D. Whiddon (GA Bar No. 330536)
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Certificate of Service of Discovery* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

LAW & MORAN
Peter A. Law
pete@lawmoran.com
E. Michael Moran
mike@lawmoran.com
Denise D. Hoying
denise@lawmoran.com

ANDERSEN, TATE & CARR, P.C.
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com

PETER F. SCHOENTHALER, P.C.
Peter F. Schoenthaler
pfs@schoenthalerlaw.com
Christopher Rosser
crosser@schoenthalerlaw.com
Timothy Blenner
tblenner@schoenthalerlaw.com
Neill K. Wright
nwright@schoenthalerlaw.com

WEINBERG WHEELER
HUDGINS GUNN & DIAL, LLC
Patrick B. Moore
pmoore@wwhgd.com
Sarah J. Unatin
sunatin@.wwhgd.com

JOHNSON EVANS &
HEADRICK, P.C.
Daniel C. Headrick
dheadrick@je.legal

*SIGNATURE ON FOLLOWING PAGE.*

4

This the 8th day of April, 2026.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
Kathryn S. Whitlock (GA Bar No. 756233)
kate.whitlock@mgclaw.com
Thomas D. Whiddon (GA Bar No. 330536)
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to its *Certificate of Service of Discovery* in Case No. 1:25-CV-01634-AT, United States District Court for the Northern District of Georgia, Atlanta Division.

5