IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| D.B., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. |
| TRAVEL LODGE OLD NATIONAL, | : | 1:25-cv-1634-AT |
| LLC, HIMA ENTERPRISES, INC., and | : | |
| SAS HOTELS, LLC, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter was brought under the Trafficking Victims Protection Reauthorization Act ("TVPRA") by Plaintiff D.B. against Defendants Travel Lodge Old National, LLC; HIMA Enterprises, Inc.; and SAS Hotels, LLC. In December 2025, Defendant Travel Lodge Old National, LLC filed a Petition for Bankruptcy. (Doc. 45). Subsequently, the litigation was automatically stayed as to that defendant. Discovery proceeded as to the other two defendants.

On May 1, 2026, Defendant Travel Lodge Old National, LLC's bankruptcy was dismissed. As such, the litigation stay as to that defendant is **LIFTED**. The Clerk is **DIRECTED** to re-open Defendant Travel Lodge Old National, LLC's Motion to Dismiss (Doc. 17). Given the recent complications in the proceeding, Plaintiff and Defendant Travel Lodge Old National, LLC are directed to submit a revised joint preliminary report and discovery plan, on or before May 20, 2026, to

clarify their discovery plan going forward. These developments shall not modify discovery deadlines as to Defendants HIMA Enterprises, Inc. and SAS Hotels, LLC.

**IT IS SO ORDERED** this 5th day of May, 2026.

**Honorable Amy Totenberg**
**United States District Judge**