**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **D.B.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:25-cv-01634-AT** |
| | ) | |
| **TRAVEL LODGE OLD NATIONAL, LLC,** | ) | |
| **HIMA ENTERPRISES, INC., and** | ) | |
| **SAS HOTELS, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF DEPOSITION OF PLAINTIFF D.B.**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, that beginning at 10:00 a.m. EST on Thursday, June 25, 2026, at the law office of Law & Moran, 563 Spring Street NW, Atlanta, Georgia 30308, continuing from hour to hour and day to day until adjourned, counsel for Defendant Hima Enterprises, Inc shall proceed to take the deposition of Plaintiff D.B.

The deposition will be upon oral examination before an officer authorized by law to administer oaths and to take depositions. The deposition will be videotaped. The deposition will be taken for purposes of discovery and any and all purposes allowable by law.

Respectfully Submitted,

s/ Daniel C. Headrick
Daniel C. Headrick (#663930)
JOHNSON EVANS & HEADRICK, P.C.
2690 Cobb Parkway SE, Suite A5-342
Smyrna, Georgia 30080
Phone: (770) 988-6921
dheadrick@je.legal
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing Notice to Take Videotaped Deposition with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Kathryn S. Whitlock
Thomas D. Whiddon
MCANGUS GOUDELOCK & COURIE, LLC
270 Peachtree Street, NW, Suite 1800
Atlanta, GA 30303

Denise D. Hoying (#236494)
LAW & MORAN
563 Spring Street NW
Atlanta, GA 30308

Peter F. Schoenthaler
Christopher Rosser
Timothy M. Blenner
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Road NW
Suite 230
Atlanta, GA 30339

Patrick B. Moore
Sarah J. Unatin
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
3344 Peachtree Rd, N.E.
Suite 2400
Atlanta, GA 30326

on this, the 5th day of June 2026.

s/ Daniel C. Headrick