IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

D.B.,

      Plaintiff,

    v.

TRAVEL LODGE OLD
NATIONAL, LLC, HIMA
ENTERPRISES, INC., and SAS
HOTELS, LLC,

      Defendants.

CIVIL ACTION FILE NO.
1:25-CV-01634-AT

## JOINT MOTION TO DISMISS LESS THAN ALL PARTIES

COME NOW Plaintiff D.B. and Defendants Travel Lodge Old National, LLC, SAS Hotels, LLC, and HIMA Enterprises, Inc., (collectively, the "Parties"), by and through their undersigned counsel, and file this Joint Motion to Dismiss Less Than All Parties pursuant to Fed. R. Civ. P. 41 and L.R. 41.1, NDGA, respectfully showing the Court as follows:

Plaintiff and Defendant SAS settled their claims. Plaintiff now wishes to voluntarily dismiss her claims against SAS, and to continue to litigate this action with the remaining parties pursuant to Fed. R. Civ. P. 41 and L.R. 41.1. The Parties have consented to this course of action.

WHEREFORE, Plaintiff D.B. and Defendants Travel Lodge Old National, LLC, SAS Hotels, LLC, and HIMA Enterprises, Inc. respectfully request that this Court enter the attached Order.

Respectfully submitted this 12th day of June, 2026,

**LAW & MORAN**

*/s/ Denise D. Hoying\**
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Fax: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com
*Attorneys for Plaintiff*
*\*Signed by KSW with Express Permission*

**MCANGUS GOUDELOCK & COURIE, LLC**

*/s/ Kathryn S. Whitlock*
Kathryn S. Whitlock
Georgia Bar No. 756233
Thomas D. Whiddon
Georgia Bar No. 330536
270 Peachtree Street, NW
Suite 1800
Atlanta, Georgia 30303
Phone: (678) 500-7307
Fax: (678) 669-3546
kate.whitlock@mgclaw.com
thomas.whiddon@mgclaw.com
*Attorneys for Defendant SAS Hotels, LLC*

*SIGNATURES CONTINUE ON FOLLOWING PAGE.*

**PETER F. SCHOENTHALER, P.C.**

*/s/ Christopher Rosser, Esq.\**
Peter F. Schoenthaler, Esq.
Georgia Bar No. 629789
Timothy Blenner, Esq.
Georgia Bar No. 653606
Christopher Rosser, Esq.
Georgia Bar No. 761317
Neill K. Wright, Esq.
Georgia Bar No. 513847
6400 Powers Ferry Road, NW
Suite 230
Atlanta, Georgia 30339
Tel: (404) 592-5397
Fax: (404) 891-6120
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
crosser@schoenthalerlaw.com
nwright@schoenthalerlaw.com
*Attorneys for Defendant Travel Lodge Old National, LLC*
*\*Signed by KSW with Express Permission*

**JOHNSON EVANS & HEADRICK, P.C.**

*/s/ Daniel C. Headrick\**
Daniel C. Headrick
Georgia Bar No. 663930
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
Phone: (865)444-6352
dheadrick@je.legal
*Attorney for Defendant HIMA Enterprises, Inc.*
*\*Signed by KSW with Express Permission*

**WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC**

*/s/ Patrick B. Moore\**
Patrick B. Moore
GA Bar No. 520930
Sarah J. Unatin
GA Bar No. 953061
3344 Peachtree Road NE Suite 2400
Atlanta, GA 30326
Telephone: 404.876.2700
Facsimile: 404.875.9433
pmoore@wwhgd.com
sunatin@wwhgd.com
*Attorneys for Defendant Travel Lodge Old National, LLC*
*\*Signed by KSW with Express Permission*

## <u>CERTIFICATE OF FONT COMPLIANCE</u>

This is to certify that the foregoing ***Joint Motion to Dismiss Less Than All Parties*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

This 12th day of June, 2026.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the

foregoing *Joint Motion to Dismiss Less Than All Parties* with the Clerk of Court

using the CM/ECF system which will automatically send email notification to:

Peter A. Law
E. Michael Moran
Denise D. Hoying
Georgia Bar No. 236494
LAW & MORAN
563 Spring Street, NW
Atlanta, Georgia 30308
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com
*Attorneys for Plaintiff*

Peter F. Schoenthaler, Esq.
Timothy Blenner, Esq.
Christopher Rosser, Esq.
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Road, NW
Suite 230
Atlanta, Georgia 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
crosser@schoenthalerlaw.com
*Attorneys for Defendant Travel Lodge Old National, LLC*

Patrick B. Moore
Sarah J. Unatin
WEINBERG WHEELER
HUDGINS GUNN & DIAL, LLC
3344 Peachtree Road NE Suite 2400
Atlanta, GA 30326
pmoore@wwhgd.com
sunatin@wwhgd.com
*Attorneys for Defendant Travel Lodge Old National, LLC*

Daniel C. Headrick
JOHNSON EVANS & HEADRICK, P.C.
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
dheadrick@je.legal
*Attorney for Defendant HIMA Enterprises, Inc.*

*{Continues on the following page.}*

Patrick J. McDonough
Jonathan S. Tongue
Jennifer M. Webster
ANDERSEN, TATE, & CARR, P.C.
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097


This 12th day of June, 2026.

MCANGUS GOUDELOCK & COURIE, LLC

/s/ Kathryn S. Whitlock
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*