IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

D.B.,

      Plaintiff,

v.

TRAVEL LODGE OLD
NATIONAL, LLC, HIMA
ENTERPRISES, INC., and SAS
HOTELS, LLC,

      Defendants.

CIVIL ACTION FILE NO.
1:25-CV-01634-AT

## ORDER

The Parties jointly have moved the Court to enter an Order dismissing only Defendant SAS Hotels, LLC. [Doc. 88]. Having considered the motion, and for good cause shown, the Joint Motion to Dismiss Less Than All Parties is **GRANTED**.

**IT IS HEREBY ORDERED** that this action shall proceed between Plaintiff D.B., Defendant Travel Lodge Old National, LLC, and Defendant HIMA Enterprises, Inc.

**IT IS SO ORDERED** this 16th day of June, 2026.

_____
**Honorable Amy Totenberg**
**United States District Judge**

Prepared and presented by:
Kathryn S. Whitlock
Georgia Bar No. 756233
Consented to by:
All counsel of record