

**JOHNSON EVANS & HEADRICK**

Michael A. Johnson*
Matthew J. Evans*†
Daniel C. Headrick*†°
Brian E. Berger †
Kate Cutler +
Matthew E. Miller*
Paige A. Coleman*
G. Alan Rawls*
Bryan P. Davidson*
Richmond S. Hall*
V. Hollis Hoggard*
Zeb W. Evans*
David T. Shepherd*±

**Daniel C. Headrick**
dheadrick@je.legal

2690 Cobb Parkway SE
Suite A5-342
Smyrna, Georgia 30080
865-444-6352

June 17, 2026

Electronic Filing via CM/ECF and
Via Email to: Keri_Gardner@gand.uscourts.gov
Mrs. Keri Gardner
Courtroom Deputy Clerk
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Re:**    D.B. v. Travel Lodge Old National, LLC, HIMA Enterprises, Inc., and SAS Hotels, LLC
U.S.D.C. for the Northern District of Georgia, Atlanta Division
Civil Action File No. 1:25-cv-01634-AT

Dear Mrs. Gardner:

I represent Defendant HIMA Enterprises, Inc. in the above-referenced matter. In accordance with Local Rule 83.1(E)(4), I respectfully request that this case not be calendared during the following dates, which represent the time I will be away from the practice of law for the reason indicated:

July 12–29, 2026 — Family vacation / out-of-town travel.

The leave of absence is 21 days or less. This case is not currently on a published calendar for court appearance, nor is it noticed for a hearing during the requested time period.

Your consideration in this regard is appreciated.

Nashville
Atlanta
Knoxville
Austin
San Francisco

johnsonevans.law

* Licensed in Tennessee
† Licensed in Texas
° Licensed in Georgia
+ Licensed in California
± Licensed in Michigan

Page 2 of 2
June 17, 2026

Sincerely,

Daniel C. Headrick
**Johnson Evans & Headrick, P.C.**

cc:    All Counsel of Record (via CM/ECF)