IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| D.B., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:25-cv-01634-AT |
| | : | |
| TRAVEL LODGE OLD NATIONAL, LLC., *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Before the Court is the Parties' Consent Motion to Add Lexicon Hospitality, LLC as Party Defendant. [Doc. 93]. The parties agree that Lexicon Hospitality, LLC is a required party in this action and should be named as a defendant. The Court accordingly **GRANTS** the Motion and will permit Plaintiff to amend her Complaint to add Lexicon Hospitality, LLC as a party defendant in this action pursuant to Fed. Rs. Civ. P. 19(a) and 21. Plaintiff has further indicated that, with the consent of Defendants, she will file an amended Complaint reflecting her claims against Lexicon Hospitality, LLC. (Doc. 93-1). Plaintiff is accordingly **DIRECTED** to file her amended Complaint no later than September 20, 2026.

**IT IS SO ORDERED** this 10th day of September, 2026.

**Amy Totenberg**
**United States District Judge**