IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br>Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, LEXICON HOSPITALITY, LLC, and HIMA ENTERPRISES, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:25-cv-01634-AT |

**PLAINTIFF AND DEFENDANTS' JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

COME NOW, Plaintiff and Defendants (collectively, the "Parties"), and pursuant to Federal Rules of Civil Procedure 6(b), 7(b), and 16(b), and Local Rules 7.1(A) and 26.2(B), respectfully move this Court for an Order extending the discovery deadline through and including December 31, 2026, and show as follows:

1. On May 20, 2026, the Court entered an Order, by docket entry only, establishing a discovery deadline of October 30, 2026.

2. This matter is related to two pending actions involving the same counsel and common corporate representatives and/or parent entities: *Roseberry et al. v.*

*Lexicon Hospitality et al.*, Case No. 1:25-CV-01062-LMM, and *J.S. v. Travel Lodge Old National, LLC et al.*, Case No. 1:25-CV-01635-ELR.

3. The Parties have diligently pursued discovery in this action. They have exchanged substantial written discovery, produced documents, and conducted multiple depositions.

4. The Parties have also engaged in ongoing settlement discussions aimed at reaching a global resolution of all three related matters.

5. A deposition of Defendants' corporate representative was recently scheduled but had to be postponed due to a family emergency affecting counsel. The Parties are working cooperatively to reschedule that deposition.

6. The Parties have conferred and agree that additional time is necessary to complete the remaining discovery, including the corporate representative deposition and any related follow-up discovery.

7. Federal Rule of Civil Procedure 16(b)(4) permits modification of a scheduling order upon a showing of good cause. The Eleventh Circuit has explained that good cause exists when a deadline cannot be met despite the diligence of the party seeking the extension. *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). District courts also possess "broad discretion over the management of

pretrial activities, including discovery and scheduling." Jo*hnson v. Bd. of Regents of Univ. of Ga*., 263 F.3d 1234, 1269 (11th Cir. 2001).

8. Good cause exists to extend the discovery deadline because the Parties have diligently pursued discovery, have completed substantial discovery to date, and require additional time to complete the remaining discovery due to circumstances beyond their control.

9. No party will be prejudiced by the requested extension. To the contrary, the extension will facilitate the completion of discovery, promote efficiency in the management of this action and the related cases, and may assist the Parties in their efforts to resolve these matters without further litigation.

10. This is the Parties' first request for an extension of the discovery deadline.

11. The current discovery deadlines in the related actions are October 23, 2026, and December 31, 2026, respectively. The parties in those actions have likewise agreed to seek comparable extensions to complete overlapping discovery applicable to all three cases. Extending discovery in this matter will promote consistency and judicial economy across the related actions.

WHEREFORE, the Parties respectfully request that the Court extend the discovery deadline in this matter through and including **December 31, 2026**, and grant such other and further relief as the Court deems just and proper.

This 22nd day of October, 2026.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Fax: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com
*Attorneys for Plaintiff*

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000

Duluth, Georgia 30097
Phone: (770) 822-0900
Fax: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
*Attorneys for Plaintiff*

**JOHNSON EVANS & HEADRICK, P.C.**

*/s/ Daniel C. Headrick*
Daniel C. Headrick
Georgia Bar No. 663930
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080
(865)444-6352
dheadrick@je.legal
*Attorney for Defendant HIMA Enterprises, Inc.*

**SCHOENTHALER LAW GROUP, P.C.**

*/s/ Peter F. Schoenthaler*
Peter F. Schoenthaler
Georgia Bar No. 629789
Christopher Rosser
Georgia Bar No. 761317
Timothy Blenner
Georgia Bar No. 653606
270 Peachtree Street, NW, Ste 1800
Atlanta, Georgia 30303
Phone: (678) 500-7307
Fax: (678) 669-3546

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Sarah J. Unatin*
Patrick B. Moore
GA Bar No. 520390

Sarah J. Unatin
GA Bar No. 953061
Lisa K. Whitfield
GA Bar No. 428950
3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326
Telephone: 404.876.2700
Facsimile: 404.875.9433
pmoore@wwhgd.com
sunatin@wwhgd.com
lwhitfield@wwhgd.com
*Attorneys for Defendant*

**CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Joint Motion to Extend Discovery Deadline*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC

*/s/Sarah J. Unatin*

Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061
Lisa K. Whitfield
GA Bar No. 428950
*Counsel for Defendants*

3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326
(404) 876-2700 / Fax: (404) 875-9433
lwhitfield@wwhgd.com
sunatin@wwhgd.com
pmoore@wwhgd.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D.B.,<br>Plaintiff,<br><br>v.<br><br>TRAVEL LODGE OLD NATIONAL, LLC, LEXICON HOSPITALITY, LLC, and HIMA ENTERPRISES, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:25-cv-01634-AT |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day the 22nd day of October, 2026, served a true and correct copy of the foregoing ***Joint Motion to Extend Discovery Deadline*** with the Clerk of Court using the CM/ECF system which will automatically send email notification to:

Kathryn S. Whitlock
Thomas D. Whiddon
MCANGUS GOUDELOCK & COURIE, LLC
270 Peachtree Street, NW, Ste 1800
Atlanta, GA 30303

Daniel C. Headrick
JOHNSON EVANS & HEADRICK, P.C.
2690 Cobb Parkway SE
Suite A5-342
Smyrna, GA 30080

Peter F. Schoenthaler
Christopher Rosser
Timothy M. Blenner
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Road NW, Ste 230
Atlanta, GA 30339

Patrick B. Moore
Sarah J. Unatin
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL
3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326

Patrick J. McDonough
Jonathan S. Tonge
One Sugarloaf Centre
1960 Satellite Boulevard, Ste 4000
Duluth, GA 30097

Denise D. Hoying
LAW & MORAN
563 Spring Street, NW
Atlanta, GA 30308

WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC

*/s/ Sarah J. Unatin*
Patrick B. Moore
GA Bar No. 520390
Sarah J. Unatin
GA Bar No. 953061
Lisa K. Whitfield
GA Bar No. 428950
*Counsel for Defendants*

3344 Peachtree Rd, N.E., Ste 2400
Atlanta, GA 30326
(404) 876-2700 / Fax: (404) 875-9433
lwhitfield@wwhgd.com
sunatin@wwhgd.com
pmoore@wwhgd.com