LAW & MORAN
ATTORNEYS AT LAW
563 SPRING STREET, N.W.
ATLANTA, GEORGIA 30308
www.LawMoran.com

TELEPHONE
(404) 814-3700

FACSIMILE
(404) 842-7710

November 11, 2026

**VIA E-FILE**

Honorable Amy Totenberg
ATTN: Keri Gardner
Courtroom Deputy Clerk
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Re:** **D.B. v. Travel Lodge Old National, LLC, Lexicon Hospitality, LLC, and HIMA Enterprises**
U.S. District Court, Northern District of Georgia, Atlanta Division
Civil Action File No. 1:25-cv-01634-AT

Dear Ms. Gardner:

We respectfully request that the above-referenced case not be put on a trial calendar for the time periods of November 25, 2026; December 29 through December 31, 2026; February 19, 2027; March 26, 2027; March 29, 2027; April 2, 2027; April 5, 2027; April 16, 2027; May 13 and 14, 2027; May 17, 2027; May 21, 2027; July 5 and 6, 2027; September 17, 2027; and September 20, 2027. The purpose of these leaves is out-of-town travel.

With best regards, I remain

Very truly yours,

*Peter A. Law*

Peter A. Law

PAL:bna
cc: All counsel of record (via ECF)