IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GEORGIA
ATLANTA DIVISION

D.B.,

Plaintiff,

v.

TRAVEL LODGE OLD NATIONAL, LLC, LEXICON HOSPITALITY, LLC, and HIMA ENTERPRISES, INC.,

Defendants.

Civil Action No. 1:25-cv-01634-AT

**CERTIFICATE OF SERVICE OF DISCOVERY**

THIS IS TO CERTIFY that on November 24, 2026, undersigned counsel for Defendant Travel Lodge Old National, LLC, served the following upon Plaintiff, addressed as follows on the Certificate of Service:

- **DEFENDANT TRAVEL LODGE OLD NATIONAL'S CONTINUING INTERROGATORIES TO PLAINTIFF D.B.**

*{signature line on next page}*

Dated: November 24, 2026

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: *Patrick B. Moore*

Patrick B. Moore
GA Bar No: 520390
PMoore@wwhgd.com
Lisa K Whitfield
lwhitfield@wwhgd.com
Sarah Unatin
SUnatin@wwhgd.com

3344 Peachtree Road, NE
Suite 2400
Atlanta, Georgia 30326
Telephone: 404.876.2700
Facsimile: 404.875.9433

*Attorneys for Defendants*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 5.1 AND 7.1D**

Pursuant to Local Rules 5.1 and 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, prepared with a top margin of not less than one and one-half inches and a left margin of not less than one inch, double-spaced between lines, and used Times New Roman font of 14-point size.

Dated: November 24, 2026

*/s/Patrick B. Moore*
Patrick B. Moore

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing via Statutory Electronic Service to all counsel of record, as follows:

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSON, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

Peter F. Schoenthaler
Timothy Blenner
Neill K. Wright
PETER F. SCHOENTHALER, P.C.
6400 Powers Ferry Rd NW, Ste 230
Atlanta, GA 30339
pfs@schoenthalerlaw.com
tblenner@schoenthalerlaw.com
nwright@schoenthalerlaw.com

*Co-Counsel for Defendant Travel Lodge Old National, LLC*

Peter A. Law
E. Michael Moran
Denise D. Hoying
LAW & MORAN
563 Spring St., S.W.
Atlanta, GA 30308
pete@lawmoran.com
mike@lawmoran.com
denise@lawmoran.com

*Counsel for Plaintiff*

Daniel C. Headrick
JOHNSON EVANS & HEADRICK, P.C.
2690 Cobb Parkway SE, Ste. A5-342
Smyrna, GA 30080
dheadrick@je.legal

*Counsel for HIMA Enterprises*

This November 24, 2026.

*/s/Patrick B. Moore*
Patrick B. Moore